USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD,

                             Plaintiff,

   -against-

FRANK TUFANO, and
FRANKIE'S FREE-RANGE
MEAT, LLC,

                            Defendants.

No. 20 Civ. 09346 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      On November 7, 2020, Plaintiff filed this action asserting claims under 15 U.S.C. § 1125(a) and (d), New York General Business Law §§ 148 and 349, and defamation against Frank Tufano and Frankie's Free-Range Meat, LLC (collectively, "Defendants"). On April 1, 2021 and April 7, 2021, the Clerk of Court issued certificates of default as to both defendants. (ECF Nos. 24 & 27.) On June 18, 2021, Defendants filed a motion to vacate the certificates of default. (ECF No. 28.) On June 30, 2021, the Court denied the motion without prejudice for failure to abide by the Court's Rules of Practice and issued a briefing schedule for the motion. (ECF No. 29.) The Court directed the parties to file all motion documents on August 24, 2021, and to mail two courtesy copies of each motion document to Chambers as they are served. (*Id*.) To date, the Court has only received Plaintiff's opposition papers, and no papers have been filed on the docket. The parties are directed to file all motion papers on the docket.

The Clerk of the Court is kindly directed to mail this Order to *pro se* Defendant and show proof of service on the docket.

Dated:   November 4, 2021                                  SO ORDERED:
           White Plains, New York

                                                            NELSON S. ROMÁN
                                                        United States District Judge