UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
PAUL SALADINO, MD,                :
                                  :  Case No. 7:20-cv-09346-NSR
   Plaintiff,                    :
                                  :
-against-                         :
                                  :
FRANK TUFANO; and                 :
FRANKIE'S FREE-RANGE MEAT, LLC,   :
                                  :
   Defendants.                   :
---------------------------------X

### NOTICE OF MOTION TO BE RELIEVED
### AS ATTORNEY FOR THE DEFENDANT

    Jeffrey Davis of Davis & Byrnes attorneys for the Defendant Frankie's Free Range Meat LLC ("Defendant") respectfully moves this Court to be relieved as attorneys for the Defendant. The grounds for this motion are set forth in the attached declaration filed herewith.

    WHEREFORE, the movant respectfully request that the Court grant this motion in its entirety, and granting such other and further relief as this Court may deem just and proper.

Dated: April 8, 2022

**Davis & Byrnes**
*Attorneys for Frankie's Free Range Meat LLC*

   //s//Jeffrey Davis, Esq.

Jeffrey Davis, Esq.
152 Madison Ave, 14th Floor
New York, NY 10016
(914) 293 6352