USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD,

                       Plaintiff,

  -against-

FRANK TUFANO and
FRANKIE'S FREE-RANGE MEAT, LLC,

                       Defendant.

20 cv 9346 (NSR)

**ORDER TO SHOW CAUSE FOR THE ENTRY OF A DEFAULT JUDGMENT**

NELSON S. ROMÁN, United States District Judge:

    Upon application of Plaintiff Paul Saladino, MD, represented by his counsel of record, David D. Lin, it is

    ORDERED that Defendants Frank Tufano and Frankie's Free-Range Meat, LLC show cause before this Court, via AT&T Teleconference (to access the AT&T Teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#))**, on **October 26, 2023 at 10:00 am** or as soon thereafter as this matter may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure entering a default judgment against Defendants, and it is further

    ORDERED that the answering papers of Defendants shall be filed on or before October 19, 2023; and it is further

    ORDERED that Plaintiff's reply papers, if any, shall be served on or before October 24, 2023; and it is further

    ORDERED that service of a copy of this Order to Show Cause with Plaintiff's supporting papers must be made by via this Court's ECF system and by certified first class mail with return

1

receipt requested upon Defendants' counsel, on or before September 19, 2023. Plaintiff is directed to file proof of service on or before September 21, 2023.

Dated: September 15, 2023
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge