# Exhibit C



David Lin <david@ilawco.com>

---

## Legal docs / registrar-lock

**David D. Lin** <david@ilawco.com>  Thu, Jan 30, 2025 at 5:39 PM
To: "Legal@namecheap.com" <legal@namecheap.com>, abuse@namecheap.com

Dear Namecheap Legal:

Further to our firm's emails to you in 2020 regarding S.D.N.Y. Case No. 7:20-cv-09346, Saladino v. Tufano, please find attached a court order issued today by the U.S. District Court, requiring the domain name <paulsaladino.com> to be transferred to my client. Please let me know what information you need from me to effectuate the transfer.

Best regards,
David Lin



**David D. Lin**
Lewis & Lin LLC
77 Sands Street, 6th Floor  |  Brooklyn, NY 11201
office (718) 243-9323  |  fax (718) 243-9326  |  direct (718) 243-9325
iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

---

On Wed, Nov 25, 2020 at 4:06 PM Legal@namecheap.com <legal@namecheap.com> wrote:

> Mr. Cilento,
>
> We confirm receipt and we will lock the domain pending an outcome of the lawsuit.
>
> Thanks!
>
> ```
> Namecheap Legal. Namecheap, Inc. E:
> ```
> legal@namecheap.com, W: namecheap.com
>
> On 11/25/2020 2:23 PM, Michael Cilento wrote:
>
>> Hi - please see attached copy of a complaint filed in the Southern District of New York surrounding the domain name: paulsaladino.com.
>>
>> Please note that the domain should be placed on registrar-lock until further Order of the District Court.
>>
>> Thanks
>> Mike
>>
>> 
>>
>> **Michael D. Cilento**
>> Lewis & Lin LLC
>> 81 Prospect Street, Suite 8001  |  Brooklyn, NY 11201
>> direct (347) 404-5844  |  fax (718) 243-9326
>> iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc
>>
>> This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

📎 **0059 Order of default.pdf**
164K



David Lin <david@ilawco.com>

## Legal docs / registrar-lock

**Namecheap Legal & Compliance Team** <lea_abuse@namecheap.com>  Thu, Jan 30, 2025 at 5:39 PM
To: "David D. Lin" <david@ilawco.com>

Hello,

Thank you for contacting the Namecheap Legal and Abuse department. We confirm the receipt of your report, it will be reviewed and processed following our policies.

Please be aware that Namecheap investigates a large volume of complaints, therefore, we will respond to you only if additional information on the matter is required. However, rest assured that your complaint will be properly evaluated and action will be taken if necessary.

You are welcome to check yourself if the domain is active by searching the domain status via Namecheap Lookup (https://www.namecheap.com/domains/whois/). If the domain status is in clientHold/serverHold, it means the domain has been suspended and is not available on the internet.

If you wish to contact the domain holder, hosting, or email provider for the domain name in question, you may consider using the RrSG ACID Tool (https://acidtool.com/) to identify their contact details.

**IMPORTANT**: In order to support the process of investigation, please review the instructions below depending on the type of abuse you are reporting. To help us fully investigate your claim, please ensure your submission includes all the requirements we describe. If you have submitted a complaint and realize that information is missing, please simply reply to this message, including the additional information, and make sure that the engagement ID is kept in the subject so that we can track your replies:

Information required to support our investigation: https://www.namecheap.com/support/knowledgebase/article.aspx/9196/5/how-and-where-can-i-file-abuse-complaints

How does Namecheap investigate Suspected Email Abuse/Spam? https://www.namecheap.com/support/knowledgebase/article.aspx/10184/5/how-does-namecheap-investigate-suspected-email-abusespam

Copyright and Trademark Policies: https://www.namecheap.com/legal/general/copyright-trademark-policies/

Uniform Domain-Name Dispute-Resolution Policy (UDRP): https://www.namecheap.com/legal/domains/udrp/

Uniform Rapid Suspension System (URS): https://www.icann.org/urs-en/

Namecheap Court Order & Subpoena Policy (including customer personal information disclosure requests): https://www.namecheap.com/legal/general/court-order-and-subpoena-policy/

In order to learn how to notice different types of incidents, how to report them, and some of the best remedial actions and preventive measures that can be taken, you are welcome to check the following article: https://www.namecheap.com/guru-guides/understanding-fraud-and-abuse-dp/

If you represent a cybersecurity entity and submit phishing/fraud reports on a regular basis, it is advised to consider using Namecheap API to optimize and speed up the flow of submitting/processing abuse complaints. In order to proceed with setting up an API reporting system with Namecheap, please contact us via abuseescalation@namecheap.com for details.

Additionally, let us emphasize that all requests and/or notices from India related to and/or from the following: Legal Notices (including but not limited to Advance Notices and Court Orders (of any kind)) or Orders/Request for Action or Information from national agencies (NIXI, CERT, MeitY, etc) and/or law enforcement MUST be submitted to Namecheap's Grievance Officer. You are welcome to send your request to the grievanceofficer@namecheap.com email address. For more information please refer to the following article: https://www.namecheap.com/support/knowledgebase/article.aspx/10586/5/reporting-grievances-from-india/

-
Kind regards,
Legal & Abuse Department
Namecheap.com



David Lin <david@ilawco.com>

## Legal docs / registrar-lock

**Namecheap Legal & Compliance Team** <lea_abuse@namecheap.com>                            Fri, Jan 31, 2025 at 7:33 AM
Reply-To: Namecheap Legal & Compliance Team <lea_abuse@namecheap.com>
To: david@ilawco.com
Cc: legal@namecheap.com

Hello,

Thank you for contacting us.

We have forwarded your complaint to our Senior Legal department for further consideration. Once any updates are available, we will inform you accordingly.

Your patience is highly appreciated.
-
Best regards,
Namecheap Team



David Lin <david@ilawco.com>

## Legal docs / registrar-lock

**Namecheap Legal & Compliance Team** <lea_abuse@namecheap.com>  Mon, Feb 3, 2025 at 2:58 AM
Reply-To: Namecheap Legal & Compliance Team <lea_abuse@namecheap.com>
To: david@ilawco.com
Cc: legal@namecheap.com

Hello,

Thank you for your cooperation in this matter.

We confirm that our Senior Legal team has reviewed the court order and supporting documents, and we are now prepared to proceed with the transfer of the domain **paulsaladino.com** as directed.

To initiate the process, kindly:

1. Create a Namecheap account (if you do not already have one) via this link: https://www.namecheap.com/myaccount/signup/

2. Provide the following details for verification:

    - **Namecheap account username**

    - **Email address** linked to the account

Once verified, we will push the domain directly to your Namecheap account. If you wish to transfer the domain to another registrar afterward, you may follow the steps outlined in our guide: https://www.namecheap.com/support/knowledgebase/article.aspx/258/84/what-should-i-do-to-transfer-a-domain-from-namecheap/

Please reply with the requested information, and we will expedite the transfer. Feel free to reach out with any questions.

[Quoted text hidden]