# Exhibit D

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  **20-cv-09346 (NSR) (JCM)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **Frankie's Free-Range Meat, LLC.** on **2/07/2025:**

[X] I served the subpoena by delivering a copy to the named person as follows: **Robin Hutt-Banks**, who is designated by law to accept service of process on behalf of **Frankie's Free-Range Meat, LLC.** at **1209 N Orange St, Wilmington, DE 19801** on **02/10/2025 at 9:05 AM**

**I delivered the documents, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to Robin Hutt-Banks who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 210.00** for services, for a total of **$ 210.00**.

I declare under penalty of perjury that this information is true.

Date:  02/10/2025

*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St**
**Wilmington, DE 19802**

*Server's address*

Additional information regarding attempted service, etc:



Tracking #: **0158061576**



AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   **20-cv-09346 (NSR) (JCM)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **Frank Tufano**   on   **2/07/2025:**

☐ I served the subpoena by delivering a copy to the named person as follows: _____ _____ on *(date)* _____; or

☐ I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date: 02/21/2025

*Server's signature*

**Chuck Osuji**
*Printed name and title*

**2039 Carlton Place**
**Fair Lawn, NJ 07410**

*Server's address*

Additional information regarding attempted service, etc:

**On Thursday 02/20/2025 at 02:29 PM, I posted the service documents to the entrance door of the residence at 248 Westchester Ave Thornwood, NY 10594. On this day, I also mailed another copy of the documents to this address. Nail and Mail service was requested by the customer.**




Tracking #: **0159336028**