# Exhibit E

**2019 1099-K - INSTRUCTIONS FOR PAYEE**

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number(TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.

| | | |
|---|---|---|
| **2019** | **Payment Card and Third Party Network Transactions**<br>Form 1099-K | OMB No. 1545-2205<br>**Copy B** For Payee |

| FILER<br>**Shopify Payments (USA) Inc.**<br>1209 Orange Street, Wilmington, DE, USA, 19801<br>(888) 746-7439<br>support@shopify.com<br>FILER'S TIN<br>**■8979** | PAYEE<br>**LYT Broth, LLC**<br>■■■■■■■■, New York, NY, USA, 10003<br>PAYEE'S TIN<br>**XX-XXX7838** | ACCOUNT NUMBER (SEE INSTRUCTIONS)<br>■2270 |
|---|---|---|
| CHECK TO INDICATE FILER IS A/AN<br>PAYMENT SETTLEMENT ENTITY (PSE) ■<br>ELECTRONIC PAYMENT FACILITATOR (EPF) / OTHER THIRD PARTY ☐ | CHECK TO INDICATE TRANSACTIONS REPORTED ARE<br>PAYMENT CARD ☐<br>THIRD PARTY NETWORK ■ | PSE'S NAME AND PHONE NUMBER |
| **1a** GROSS AMOUNT OF THIRD PARTY NETWORK TRANSACTIONS<br>**$527,840.54** | **1b** CARD NOT PRESENT TRANSACTIONS<br>**$527,840.54** | **2** MERCHANT CATEGORY CODE |
| **3** NUMBER OF PAYMENT TRANSACTIONS<br>**2639** | **4** FEDERAL INCOME TAX WITHHELD | |
| **5a** JANUARY<br>$0.00 | **5b** FEBRUARY<br>$0.00 | **5c** MARCH<br>$0.00 |
| **5d** APRIL<br>$18,419.91 | **5e** MAY<br>$36,319.63 | **5f** JUNE<br>$50,983.40 |
| **5g** JULY<br>$48,354.39 | **5h** AUGUST<br>$76,077.08 | **5i** SEPTEMBER<br>$65,160.07 |
| **5j** OCTOBER<br>$73,378.04 | **5k** NOVEMBER<br>$61,443.54 | **5l** DECEMBER<br>$97,704.48 |
| **6** STATE<br>**NY** | **7** STATE IDENTIFICATION NUMBER | **8** STATE INCOME TAX WITHHELD |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Department of the Treasury - Internal Revenue Service     Form 1099-K     www.irs.gov/form1099k     Keep for Your Records

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Shopify Payments (USA) Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | FILER'S TIN<br>▮▮▮8979 | OMB No. 1545-2205<br><br>20**20**<br><br>Form **1099-K** | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| | PAYEE'S TIN<br>XXXXXX7838 | | |
| | **1a** Gross amount of payment card/third party network transactions<br>$ 1,215,060.48 | | |
| | **1b** Card Not Present transactions<br>$ 1,215,060.48 | **2** Merchant category code<br>5422 | Copy B<br>For Payee |
| Check to indicate if FILER is a (an):<br>Payment settlement entity (PSE) [X]<br>Electronic Payment Facilitator (EPF)/Other third party ☐ | Check to indicate transactions reported are:<br>Payment card ☐<br>Third party network [X] | **3** Number of payment transactions<br>6,098 | **4** Federal income tax withheld<br>$ 0.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name<br>LYT Broth, LLC | **5a** January<br>$ 84,687.87 | **5b** February<br>$ 88,796.70 | |
| | **5c** March<br>$ 137,862.06 | **5d** April<br>$ 121,856.15 | |
| Street address (including apt. no.)<br>▮▮▮▮▮▮▮▮▮▮ | **5e** May<br>$ 105,959.68 | **5f** June<br>$ 98,160.68 | |
| | **5g** July<br>$ 98,716.11 | **5h** August<br>$ 87,767.14 | |
| City or town, state or province, country, and ZIP or foreign postal code<br>New York, NY 10003 | **5i** September<br>$ 113,815.00 | **5j** October<br>$ 96,387.40 | |
| PSE'S name and telephone number | **5k** November<br>$ 90,064.86 | **5l** December<br>$ 90,986.83 | |
| Account number (see instructions)<br>▮▮▮▮▮▮▮s8lm | **6** State<br>------- | **7** State identification no.<br>------- | **8** State income tax withheld<br>$ 0.00<br>-------<br>$ |

Form **1099-K**          (Keep for your records)          www.irs.gov/Form1099K          Department of the Treasury - Internal Revenue Service

**Instructions for Payee**

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a–5l.** Show the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6–8.** Show state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K.*

Shopify Payments (USA) Inc.
251 Little Falls Drive
Wilmington, DE  19808

If you have questions contact:
1099k-support@shopify.com

LYT Broth, LLC
New York, NY  10003

## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

If the Form 1099-K is related to your business, see Pub. 334 for more information. If the Form 1099-K is related to your work as part of the gig economy, see www.IRS.gov/GigEconomy.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer may have reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.
**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.
**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.
**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.
**Boxes 5a-5l.** Show the gross amount of payment card/third party network transactions made to you for each month of the calendar year.
**Boxes 6-8.** Show state and local income tax withheld from the payments.
**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099K.
**FreeFile.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

CORRECTED (if checked)   REISSUED STATEMENT

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Shopify Payments (USA) Inc.<br>251 Little Falls Drive<br>Wilmington, DE  19808 | FILER'S TIN<br>███-██-8979 | OMB No. 1545-2205<br><br>2021<br><br>Form **1099-K** | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| | PAYEE'S TIN<br>███-██-7838 | | |
| | **1a** Gross amount of payment card/third party network transactions<br>$  968,171.24 | | **Copy B**<br>**For Payee** |
| | **1b** Card Not Present transactions<br>$  968,171.24 | **2** Merchant category code | |
| Check to indicate if FILER is a (an):<br>Payment settlement entity (PSE)  [X]<br>Electronic Payment Facilitator (EPF)/Other third party  [ ] | **3** Number of payment transactions<br>5,454 | **4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Check to indicate transactions reported are:<br>Payment card  [ ]<br>Third party network  [X] | | | |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>LYT Broth, LLC<br>New York, NY  10003 | **5a** January<br>$  90,108.92 | **5b** February<br>$  64,872.82 | |
| | **5c** March<br>$  97,153.94 | **5d** April<br>$  87,959.03 | |
| | **5e** May<br>$  77,282.19 | **5f** June<br>$  93,371.47 | |
| | **5g** July<br>$  76,875.12 | **5h** August<br>$  77,878.28 | |
| | **5i** September<br>$  78,184.61 | **5j** October<br>$  72,408.13 | |
| PSE'S name and telephone number<br>Shopify Inc<br>888-746-7439 | **5k** November<br>$  75,278.83 | **5l** December<br>$  76,797.90 | |
| Account number (see instructions)<br>████4181 | **6** State<br>NY | **7** State identification no. | **8** State income tax withheld<br>$ |

Form **1099-K**   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service

1H8701 4.000

Shopify Payments (USA) Inc.
251 Little Falls Drive
Wilmington, DE 19808

If you have questions contact:
1099k-support@shopify.com

LYT Broth, LLC
New York, NY 10003

## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network in the calendar year reported on this form. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

If the Form 1099-K is related to your business, see Pub. 334 for more information. If the Form 1099-K is related to your work as part of the gig economy, see *www.IRS.gov/GigEconomy*.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.
**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.
**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.
**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.
**Boxes 5a-5l.** Show the gross amount of payment card/third party network transactions made to you for each month of the calendar year.
**Boxes 6-8.** Show state and local income tax withheld from the payments.
**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.
**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S TIN | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| Shopify Payments (USA) Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | ███8979 | **2022** | |
| | PAYEE'S TIN | | |
| | ███7838 | Form **1099-K** | |
| | 1a Gross amount of payment card/third party network transactions<br>$ 1,327,321.07 | | |
| | 1b Card Not Present transactions<br>$ 1,327,321.07 | 2 Merchant category code<br>5422 | **Copy B**<br>**For Payee** |
| Check to indicate if FILER is a (an):<br>Payment settlement entity (PSE) [X]<br>Electronic Payment Facilitator (EPF)/Other third party [ ] | Check to indicate transactions reported are:<br>Payment card [ ]<br>Third party network [X] | 3 Number of payment transactions<br>7,616 | 4 Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>LYT Broth, LLC<br>New York, NY 10003 | 5a January<br>$ 82,158.68 | 5b February<br>$ 91,036.42 | |
| | 5c March<br>$ 126,780.40 | 5d April<br>$ 106,102.41 | |
| | 5e May<br>$ 96,418.23 | 5f June<br>$ 107,856.02 | |
| | 5g July<br>$ 111,299.82 | 5h August<br>$ 118,634.97 | |
| | 5i September<br>$ 116,979.91 | 5j October<br>$ 117,938.30 | |
| PSE'S name and telephone number<br>Shopify Inc<br>888-746-7439 | 5k November<br>$ 122,174.24 | 5l December<br>$ 129,941.67 | |
| Account number (see instructions) ███4181 | 6 State<br>NY | 7 State identification no. | 8 State income tax withheld<br>$ |

Form **1099-K** (Rev. 1-2022)   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service

2H8701 5.000

Shopify Payments (USA) Inc.
251 Little Falls Drive
Wilmington, DE  19808

If you have questions contact:
1099k-support@shopify.com

LYT Broth, LLC
New York, NY  10003

---

## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network in the calendar year reported on this form. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

If the Form 1099-K is related to your business, see Pub. 334 for more information. If the Form 1099-K is related to your work as part of the gig economy, see *www.IRS.gov/GigEconomy*.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.
**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.
**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.
**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.
**Boxes 5a-5l.** Show the gross amount of payment card/third party network transactions made to you for each month of the calendar year.
**Boxes 6-8.** Show state and local income tax withheld from the payments.
**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.
**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

☐ CORRECTED (if checked)

| FILER'S name, street address... | FILER'S TIN: ****8979 | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| Shopify Payments (USA) Inc.<br>251 Little Falls Drive<br>Wilmington, DE  19808 | PAYEE'S TIN: ****7838 | **2023**<br>Form **1099-K** | |

| 1a Gross amount of payment card/third party network transactions | $ 2,136,671.29 |
| 1b Card Not Present transactions | $ 2,136,671.29 |
| 2 Merchant category code | 5422 |
| 3 Number of payment transactions | 13,591 |
| 4 Federal income tax withheld | $ |

Check to indicate if FILER is a (an):
Payment settlement entity (PSE)  [X]
Electronic Payment Facilitator (EPF)/Other third party  [ ]

Check to indicate transactions reported are:
Payment card  [ ]
Third party network  [X]

PAYEE'S name, street address...:
LYT Broth, LLC
New York, NY  10003

| | | | |
|---|---|---|---|
| 5a January $ 187,890.31 | 5b February $ 154,695.97 |
| 5c March $ 180,717.11 | 5d April $ 160,524.08 |
| 5e May $ 166,411.10 | 5f June $ 150,898.46 |
| 5g July $ 157,952.12 | 5h August $ 178,830.05 |
| 5i September $ 193,864.74 | 5j October $ 171,165.86 |
| 5k November $ 211,029.26 | 5l December $ 222,692.23 |

PSE'S name and telephone number:
Shopify Inc
888-746-7439

Account number (see instructions): ****4181

| 6 State | 7 State identification no. | 8 State income tax withheld |
|---|---|---|
| NY | | $ |

**Copy B**
**For Payee**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-K**  (Rev. 1-2023)   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service

3H8701 2.000

Shopify Payments (USA) Inc.
251 Little Falls Drive
Wilmington, DE  19808

If you have questions contact:
1099k-support@shopify.com

Tufano Frank
Carbondale, PA  18407

## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network in the calendar year reported on this form. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

If the Form 1099-K is related to your business, see Pub. 334 for more information. If the Form 1099-K is related to your work as part of the gig economy, see *www.IRS.gov/GigEconomy*.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.
**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.
**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.
**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.
**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.
**Boxes 5a-5l.** Show the gross amount of payment card/third party network transactions made to you for each month of the calendar year.
**Boxes 6-8.** Show state and local income tax withheld from the payments.
**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.
**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

**[X] CORRECTED (if checked)**

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S TIN | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| Shopify Payments (USA) Inc.<br>251 Little Falls Drive<br>Wilmington, DE  19808 | ▮▮▮▮8979 | **2024** | |
| | PAYEE'S TIN<br>XXX-XX-3083 | Form **1099-K** | |

| | | |
|---|---|---|
| **1a** Gross amount of payment card/third party network transactions<br>$ 3,575,383.36 | | |
| **1b** Card Not Present transactions<br>$ 3,575,383.36 | **2** Merchant category code | **Copy B**<br>**For Payee** |
| **3** Number of payment transactions<br>23,036 | **4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

Check to indicate if FILER is a (an):
Payment settlement entity (PSE)  [X]
Electronic Payment Facilitator (EPF)/Other third party  [ ]

Check to indicate transactions reported are:
Payment card  [ ]
Third party network  [X]

PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

Tufano Frank
Carbondale, PA  18407

| | | | |
|---|---|---|---|
| **5a** January<br>$ 262,165.30 | **5b** February<br>$ 261,995.07 | | |
| **5c** March<br>$ 302,005.65 | **5d** April<br>$ 272,887.73 | | |
| **5e** May<br>$ 283,797.50 | **5f** June<br>$ 295,782.30 | | |
| **5g** July<br>$ 287,369.91 | **5h** August<br>$ 289,439.24 | | |
| **5i** September<br>$ 280,006.31 | **5j** October<br>$ 306,158.75 | | |
| **5k** November<br>$ 371,202.60 | **5l** December<br>$ 362,573.00 | | |

PSE'S name and telephone number
Shopify Inc
888-746-7439

Account number (see instructions) ▮▮▮▮4181

| **6** State<br>PA | **7** State identification no. | **8** State income tax withheld<br>$ |
|---|---|---|

Form **1099-K** (Rev. 1-2024)   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service

4H8701 1.000