# Exhibit G

CONTACT US        pauls...



Domains → Details

# paulsaladino.com

Domain

STATUS & VALIDITY

ACTIVE

Oct 23, 2020 - Oct 23, 2025

ADD YEARS

AUTO-RENEW

WithheldforPrivacy

PROTECTION

Oct 23, 2020 - Oct 23, 2025

ADD YEARS

AUTO-RENEW

SHOW DETAILS

♦ PremiumDNS

Enable PremiumDNS protection in order to switch your domain to our PremiumDNS platform. With our PremiumDNS platform, you get 100% DNS uptime and DDoS protection at the DNS level.

BUY NOW

NAMESERVERS

Namecheap BasicDNS

REDIRECT DOMAIN

You can create redirects via your DNS provider or your Namecheap account. To perform this function from your account, you must first change your nameservers to Namecheap default. Learn How →

REDIRECT EMAIL

You can create redirects via your DNS provider or your Namecheap account. To perform this function from your account, you must first change your nameservers to Namecheap default. Learn How →

PRIVATE EMAIL

Our private cloud is a secure, reliable solution for your email needs. All of our Private Email plans come with a fast, lightweight webmail interface for managing your email, contacts and calendar.

BUY NOW

DOMAIN CONTACTS

Each domain registered must include contact details. These are stored in a public WHOIS database so that the domain owner can be contacted, as needed. We call them "Domain Contacts" (aka. Whois Contacts). Customers have the ability to edit them. Learn more about personal domain contacts

### Registrant Contacts
frank tufano
Frankie's Free Range Meat
1641 Hone AVE
Bronx; NY 10461
US tel: +1.9292880390
frankatufano@gmail.com

EDIT

### Administrator Contacts
frank tufano
Frankie's Free Range Meat
1641 Hone AVE
Bronx; NY 10461
US tel: +1.9292880390
frankatufano@gmail.com

EDIT

### Technical Contacts
frank tufano
Frankie's Free Range Meat
1641 Hone AVE
Bronx; NY 10461
US tel: +1.9292880390
frankatufano@gmail.com

EDIT

### Billing Contacts
frank tufano
Frankie's Free Range Meat
1641 Hone AVE
Bronx; NY 10461
US tel: +1.9292880390
frankatufano@gmail.com

EDIT

OTHER DOMAIN SETTINGS

**Parking Page**
OFF

TURN ON

**Sell Domain**
List a domain on the Marketplace

SELL DOMAIN

## Need help?
We're always here for you.

Chat with a Live Person



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

Learn more about Namecheap →

Read our blog →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com                                                                          Join



The entirety of this site is protected by copyright © 2000–2025 Namecheap, Inc.
4600 East Washington Street, Suite 305, Phoenix, AZ 85034, USA

Terms and Conditions     Privacy Policy     UDRP

We are an ICANN accredited registrar.
*Serving customers since 2001.*

Payment Options

    

;