# Exhibit H

| Activity | Notes | Owner | Date | Billable units | Rate | Amount |
|---|---|---|---|---|---|---|
| Time | Review case email from David | michael | 10/21/2020 | 0.1 | $295.00 | $29.50 |
| Time | Diligence re D / potential claims; email MC re to do. | DDL@lewislin | 10/21/2020 | 0.3 | $450.00 | No Charge |
| Time | Phone call with David re: case, strategy | michael | 10/23/2020 | 0.2 | $295.00 | $59.00 |
| | Initial review of casefile, CA complaint, and anti-slapp decision; notes on same 1.8 | | | | | |
| | Brief review of Tufano videos, website; notes and screenshots of same 1.4 | | | | | |
| | Emails with client and Tyson .2 | | | | | |
| Time | Email client / MC re complaint. | michael | 11/2/2020 | 3.4 | $295.00 | $1,003.00 |
| Time | Phone call with client .2 | DDL@lewislin | 11/2/2020 | 0.2 | $450.00 | No Charge |
| | Emails with David .1 | | | | | |
| | Email to Tyson .1 | | | | | |
| Time | Initial outline of Complaint incorporating CA complaint language .6 | michael | 11/4/2020 | 1 | $295.00 | $295.00 |
| Time | Attn to cplt / cybersquatting claim. | DDL@lewislin | 11/4/2020 | 0.4 | $450.00 | $180.00 |
| | Review detailed email from client; notes on same .2 | | | | | |
| | Further factual and legal research for Complaint 1.7 | | | | | |
| Time | Drafting of Complaint 1.4 | michael | 11/5/2020 | 3.3 | $295.00 | $973.50 |
| | Heavy drafting of complaint with further legal research for causes of action 2.7 | | | | | |
| | Emails with David .2 | | | | | |
| | Incorporate David's comments and edits .4 | | | | | |
| Time | Send draft to client for review .1 | michael | 11/6/2020 | 3.4 | $295.00 | $1,003.00 |
| Time | Email MC re complaint; edits re same. | DDL@lewislin | 11/6/2020 | 0.7 | $450.00 | $315.00 |
| | Texts with client .2 | | | | | |
| | Finalize Complaint and file .2 | | | | | |
| | Create civil cover sheet, request for summons; file both .5 | | | | | |
| Time | Email to client with final filed complaint .1 | michael | 11/7/2020 | 1 | $295.00 | $295.00 |
| Expense | SDNY Filing Fee | DDL@lewislin | 11/7/2020 | 0 | N/A | $400.00 |
| Time | Attn to finalizing/filing complaint. | DDL@lewislin | 11/7/2020 | 0.3 | $450.00 | $135.00 |
| Time | Draft detailed email with instructions to process servers; combine papers, send picture of Tufano | michael | 11/9/2020 | 0.3 | $295.00 | $88.50 |
| | Emails with David .1 | | | | | |
| Time | Email to process server .1 | michael | 11/16/2020 | 0.2 | $295.00 | $59.00 |
| Time | Email MC re status of service. | DDL@lewislin | 11/16/2020 | 0.2 | $450.00 | $90.00 |
| Time | Emails with process servers | michael | 11/19/2020 | 0.2 | $295.00 | $59.00 |
| | Email to process server .1 | | | | | |
| | Anonymous phone call .1 | | | | | |
| | Review Tufano new video; notes on same .4 | | | | | |
| | Emails with David .2 | | | | | |
| Time | Further factual research on Tufano; review past videos, posts; notes on same .7 | michael | 11/23/2020 | 1.5 | $295.00 | $442.50 |
| | Emails with client .2 | | | | | |
| Time | Email to process server re: aff. of service .1 | michael | 11/24/2020 | 0.3 | $295.00 | $88.50 |
| Time | Attn to case docketing; attn to D's new video. | DDL@lewislin | 11/24/2020 | 0.3 | $450.00 | $135.00 |
| | Email to client .1 | | | | | |
| | Scan, OCR, and file aff. of service .2 | | | | | |
| | Follow-up emails with client .2 | | | | | |
| Time | Email to namecheap to lock paulsaldino.com .1 | michael | 11/25/2020 | 0.6 | $295.00 | $177.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 11/30/2020 | 0 | N/A | $1.81 |
| Time | Draft stipulation extending time to answer; email correspondence with David. | yuanjun | 12/2/2020 | 0.4 | $250.00 | $100.00 |
| Time | Email / telconf D re answer; email client re same; attn to potential subpoena to Namecheap. | DDL@lewislin | 12/2/2020 | 0.6 | $450.00 | $270.00 |
| Time | File the stipulation; research on SDNY filing rules. | yuanjun | 12/3/2020 | 0.5 | $250.00 | No Charge |
| Time | Review and edits to stipulation to extend time | michael | 12/3/2020 | 0.1 | $295.00 | $29.50 |
| Time | Attn stip re answer. | DDL@lewislin | 12/3/2020 | 0.3 | $450.00 | $135.00 |
| Expense | United Process Service, Inv. - Invoice #753921 - Summons and Complaint | 9631AE6A-FEA4-44 | 12/15/2020 | 0 | N/A | $83.00 |
| Time | Email D's atty, email client re settlement. | DDL@lewislin | 12/16/2020 | 0.4 | $450.00 | $180.00 |
| Time | Emails client re strategy/settlement. | DDL@lewislin | 12/17/2020 | 0.2 | $450.00 | $90.00 |
| Time | Telconf D re settlement, email client re same. | DDL@lewislin | 12/18/2020 | 0.4 | $450.00 | $180.00 |
| Time | email d re settlement.  email client same w/ draft proposal.  0.4 | DDL@lewislin | 12/28/2020 | 0.7 | $450.00 | $315.00 |
| Time | Email D's atty re settlement / stip re extension.  0.3   email client re same / settlement. | DDL@lewislin | 1/8/2021 | 0.3 | $460.00 | $138.00 |
| Time | emails D re settlement/proof of D's 2020 income. | DDL@lewislin | 1/13/2021 | 0.3 | $460.00 | $138.00 |
| Time | email D/client re bank records. | DDL@lewislin | 1/19/2021 | 0.3 | $460.00 | $138.00 |
| Time | email D / client re settlement, bank records, default. | DDL@lewislin | 1/26/2021 | 0.3 | $460.00 | $138.00 |
| | Review Answer with Counterclaim .2 | | | | | |
| Time | Phone call with David to discuss same .1 | michael | 1/27/2021 | 0.3 | $310.00 | $93.00 |
| | emails D re answer/settlement; 0.1; review D's bank records 0.3; email client re same/status.  0.1 | | | | | |
| | review D's Answer / counterclaims.  0.3  review judge's individual rules re MTD.  0.1  telconf MC | | | | | |
| Time | re same/strategy on MTD.  0.1.  Email client re same.  0.1.  Email YZ re MTD/pre-registration. 0.4 | DDL@lewislin | 1/27/2021 | 1.5 | $460.00 | $690.00 |
| Timer | Attention to new assignment on pre-MTD motion. | yuanjun | 1/28/2021 | 0.1 | $250.00 | $25.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 1/29/2021 | 0 | N/A | $12.39 |
| Timer | Review the Complaint and Answer; conduct legal research on copyright infringement. | yuanjun | 2/2/2021 | 0.7 | $250.00 | $175.00 |
| Timer | Draft the pre-conference Motion to Dismiss letter. | yuanjun | 2/2/2021 | 0.7 | $250.00 | $175.00 |
| Timer | Conduct legal research on copyright infringement; draft pre-conference letter. | yuanjun | 2/2/2021 | 1 | $250.00 | $250.00 |
| Timer | Conduct legal research on copyright infringement; draft MTD letter. | yuanjun | 2/2/2021 | 0.9 | $250.00 | $225.00 |
| Timer | Draft the pre-conference MTD letter draft. | yuanjun | 2/3/2021 | 0.5 | $250.00 | $125.00 |
| Time | review/edit/file pre-MTD letter to court; email client re same.  0.5; review and respond to D's email re settlement. 0.3 | DDL@lewislin | 2/3/2021 | 0.8 | $460.00 | $368.00 |
| | Emails with David .1 | | | | | |
| Time | Review docket, calculate and calendar dates for amended complaint .1 | michael | 2/9/2021 | 0.2 | $310.00 | $62.00 |
| | Factual research re: Frankie's Free Range .3 | | | | | |
| | Emails with David .1 | | | | | |
| Time | Draft Amended Complaint .4 | michael | 2/11/2021 | 0.8 | $310.00 | $248.00 |
| Time | Review amended complaint; telconf MC same. | DDL@lewislin | 2/11/2021 | 0.3 | $460.00 | $138.00 |
| | Further edits to amended complaint per David .3 | | | | | |
| Time | Emails with David .1 | michael | 2/12/2021 | 0.4 | $310.00 | $124.00 |
| Time | Attn to amended complaint. | DDL@lewislin | 2/12/2021 | 0.3 | $460.00 | $138.00 |
| | Final edits to amended complaint; file same .3 | | | | | |
| Time | Draft new summonses and file same .2 | michael | 2/16/2021 | 0.5 | $310.00 | $155.00 |
| Time | attn to amended complaint, summons. | DDL@lewislin | 2/16/2021 | 0.2 | $460.00 | $92.00 |
| Time | Detailed email to process server | michael | 2/22/2021 | 0.2 | $310.00 | $62.00 |

| Type | Description | User | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Time | Review orders from court | michael | 2/23/2021 | 0.1 | $310.00 | $31.00 |
| Time | court orders re MTD / amendment / D's atty withdrawal. | DDL@lewislin | 2/23/2021 | 0.3 | $460.00 | $138.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 2/26/2021 | 0 | N/A | $22.42 |
| Time | Emails with David, process server re: service | michael | 3/2/2021 | 0.2 | $310.00 | $62.00 |
| Time | email MC re service of LLC. | DDL@lewislin | 3/2/2021 | 0.1 | $460.00 | $46.00 |
| Time | Email with process server | michael | 3/8/2021 | 0.1 | $310.00 | $31.00 |
| Time | Emails with David, process server | michael | 3/9/2021 | 0.2 | $310.00 | $62.00 |
| Time | Email Mike re service status, attn to default of Turfano. | DDL@lewislin | 3/9/2021 | 0.2 | $460.00 | $92.00 |
| Time | File aff. of service .1  Email to process server .1 | michael | 3/10/2021 | 0.2 | $310.00 | $62.00 |
| Time | File aff. of service .1  Email to process server .1 | michael | 3/16/2021 | 0.2 | $310.00 | $62.00 |
| Time | Email client re status. 0.3  Email Mike re service / due dates.  0.2 | DDL@lewislin | 3/17/2021 | 0.5 | $460.00 | $230.00 |
| Time | Calendar due dates; emails with David; brief research on service .2  Factual research re: Tufano new videos .3 | michael | 3/18/2021 | 0.5 | $310.00 | $155.00 |
| Time | Review Tufano video on Paul; emails with David re: same | michael | 3/24/2021 | 0.3 | $310.00 | $93.00 |
| Time | Attn to D's new Youtube post. | DDL@lewislin | 3/24/2021 | 0.2 | $460.00 | $92.00 |
| Timer | Attention to Mike's email re default entry assignment; conduct research on default entry. | yuanjun | 3/31/2021 | 0.4 | $250.00 | $100.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 3/31/2021 | 0 | N/A | $6.06 |
| Time | Brief factual and legal research re request for default, emails with David re: same .4  Emails with David re: default request .1 | michael | 3/31/2021 | 0.5 | $310.00 | $155.00 |
| Time | Attn to D's default, emails MC re timing.  Emails with David .1 | DDL@lewislin | 3/31/2021 | 0.5 | $460.00 | $230.00 |
| Time | Draft certificate of default papers; brief factual and legal research for same; file papers with the Court 1.8 | michael | 4/1/2021 | 1.9 | $310.00 | $589.00 |
| Time | Draft certificate of default papers for Tufano; email same to David for review; file same | michael | 4/6/2021 | 1.3 | $310.00 | $403.00 |
| Time | Entry of default. | DDL@lewislin | 4/6/2021 | 0.2 | $460.00 | $92.00 |
| Time | Review and save Clerk issued Certificate of Default | michael | 4/7/2021 | 0.1 | $310.00 | $31.00 |
| Expense | United Process Service, Inc. - Invoice #759909 - Summons and First Amended Complaint | 9631AE6A-FEA4-44 | 4/8/2021 | 0 | N/A | $79.00 |
| Expense | United Process Services, Inc. - Invoice #759908 - Summons and First Amended Complaint | 9631AE6A-FEA4-44 | 4/8/2021 | 0 | N/A | $151.00 |
| Time | Emails with David, Yuanjun on default judgment, next steps | michael | 4/14/2021 | 0.1 | $310.00 | $31.00 |
| Time | Email YZ / MC re motion for default.  Email client re update. | DDL@lewislin | 4/14/2021 | 0.3 | $460.00 | $138.00 |
| Timer | Phone call with Mike re default judgment motion drafting. | yuanjun | 4/16/2021 | 0.2 | $250.00 | $50.00 |
| Timer | Attention to Motion to Default Judgment assignment; phone call with David re approach. | yuanjun | 4/19/2021 | 0.1 | $250.00 | $25.00 |
| Time | Telconf YZ re default judgment | DDL@lewislin | 4/19/2021 | 0.3 | $460.00 | $138.00 |
| Timer | Email correspondence with David; attention to default judgment precedents. | yuanjun | 4/27/2021 | 0.2 | $250.00 | $50.00 |
| Time | Compile docs for YZ for default judgment papers; email YZ w/ precedents, separate email re post-default discovery for damages. | DDL@lewislin | 4/27/2021 | 0.6 | $460.00 | $276.00 |
| Timer | Draft MOL for default judgment; attention to precedents. | yuanjun | 4/28/2021 | 0.5 | $250.00 | $125.00 |
| Timer | Draft MOL for default judgment motion. | yuanjun | 4/28/2021 | 0.7 | $250.00 | $175.00 |
| Timer | Conduct legal research on default judgment. | yuanjun | 4/28/2021 | 0.3 | $250.00 | $75.00 |
| Timer | Conduct legal research; draft MOL. | yuanjun | 4/29/2021 | 0.7 | $250.00 | $175.00 |
| Timer | Draft MOL; phone call with Mike re drafting question; phone call with David re drafting question; conduct legal research. | yuanjun | 4/29/2021 | 1 | $250.00 | $250.00 |
| Timer | Research on Judge's individual rules; phone call with Mike re rules; phone call with David re rules. | yuanjun | 4/29/2021 | 0.8 | $250.00 | $200.00 |
| Timer | Draft David's affidavit. | yuanjun | 4/29/2021 | 0.5 | $250.00 | $125.00 |
| Time | Telconf YZ re default judgment papers. | DDL@lewislin | 4/29/2021 | 0.3 | $460.00 | $138.00 |
| Timer | Attention to David's email re legal research. | yuanjun | 4/30/2021 | 0.1 | $250.00 | $25.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 4/30/2021 | 0 | N/A | $25.13 |
| Timer | Draft David's affidavit; conduct legal research on cause of action. | yuanjun | 5/3/2021 | 1.4 | $250.00 | $350.00 |
| Timer | Draft affidavit of DL. | yuanjun | 5/3/2021 | 0.2 | $250.00 | $50.00 |
| Timer | Phone call with David re question re drafting. | yuanjun | 5/3/2021 | 0.1 | $250.00 | $25.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 5/31/2021 | 0 | N/A | $5.05 |
| Timer | Correspondence with David re update about motion drafting. | yuanjun | 6/9/2021 | 0.1 | $250.00 | $25.00 |
| Time | Phone call with Yuanjun re default motion. | michael | 6/14/2021 | 0.1 | $310.00 | No Charge |
| Timer | Draft DL's affidavit; correspondence with Josh re preparing the fact section of DL's affidavit. | yuanjun | 6/15/2021 | 1 | $250.00 | $250.00 |
| Time | Update factual background in Lin Affidavit | joshua | 6/15/2021 | 1 | $180.00 | $180.00 |
| Timer | Conduct legal research on elements of 1125(a); draft affidavit. | yuanjun | 6/15/2021 | 0.7 | $250.00 | No Charge |
| Timer | Draft DL's affidavit. | yuanjun | 6/17/2021 | 0.3 | $250.00 | $75.00 |
| Timer | Draft DL's affidavit's 1125(a) argument. | yuanjun | 6/18/2021 | 1 | $250.00 | $250.00 |
| Timer | Conduct legal research on ACPA; draft David's affidavit; attention to opposing side's motion to vacate | yuanjun | 6/18/2021 | 0.8 | $250.00 | No Charge |
| Timer | Attention to motion to vacate judgment; email correspondence with David re assignment. | yuanjun | 6/18/2021 | 0.4 | $250.00 | $100.00 |
| Time | Brief review of Motion to Vacate .2  Emails with team re: same .1 | michael | 6/18/2021 | 0.3 | $310.00 | $93.00 |
| Time | Attn to D's motion to vacate default.  0.3; Emails client / team re same. 0.4 | DDL@lewislin | 6/18/2021 | 0.7 | $460.00 | $322.00 |
| Timer | Conduct legal research on precedents and legal standard on setting aside a default. | yuanjun | 6/22/2021 | 0.6 | $250.00 | $150.00 |
| Timer | Conduct legal research on opposition to motion to vacate default; draft Opposition to motion to vacate default; review Defendant's video and draft fact section. | yuanjun | 6/23/2021 | 2.3 | $250.00 | $575.00 |
| Timer | Draft MOL's fact section. | yuanjun | 6/23/2021 | 1.1 | $250.00 | $275.00 |
| Timer | Draft MOL's willful argument section;  conduct legal research on service of process; phone call with Mike re questions. | yuanjun | 6/23/2021 | 1.4 | $250.00 | $350.00 |
| Time | Phone call with Yuanjun re: opposition . | michael | 6/23/2021 | 0.2 | $310.00 | No Charge |
| Timer | Conduct legal research and draft MOL. | yuanjun | 6/24/2021 | 1.8 | $250.00 | $450.00 |
| Timer | Draft MOL re motion to vacate default. | yuanjun | 6/25/2021 | 1.1 | $250.00 | $275.00 |
| Timer | Draft Opposition to Vacate Default brief; send email to Mike and David re update. | yuanjun | 6/25/2021 | 3 | $250.00 | $750.00 |
| Timer | Correspondence re default judgment. | yuanjun | 6/25/2021 | 0.1 | $250.00 | $25.00 |
| Time | Initial review of draft opposition from Yuanjun .5  Emails with team re: same .1  Notes on opposition; strategy for same .3 | michael | 6/25/2021 | 0.9 | $310.00 | $279.00 |
| Time | review draft opp re vacate default. | DDL@lewislin | 6/25/2021 | 0.3 | $460.00 | $138.00 |
| Time | review draft opp re vacate default, (0.2) attn to draft motion for DJ.  (0.1) | DDL@lewislin | 6/29/2021 | 0.3 | $460.00 | $138.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 6/30/2021 | 0 | N/A | $24.36 |
| Time | Review court order .1  Emails with David re: strategy; analysis for same .2 | michael | 6/30/2021 | 0.3 | $310.00 | $93.00 |
| Time | Attn to court order denying w/o prejudice motion to vacate default; email MC re same / motion for DJ. | DDL@lewislin | 6/30/2021 | 0.3 | $460.00 | $138.00 |
| Time | Review clerk's court filing | michael | 7/1/2021 | 0.1 | $310.00 | $31.00 |

| Type | Description | User | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | Review emails from David .1 | | | | | |
| Time | Brief review of defendants' motion to vacate .2 | michael | 7/9/2021 | 0.3 | $310.00 | $93.00 |
| Expense | Pacer Fees | 9631AE6A-FEA4-44 | 7/30/2021 | 0 | N/A | $14.00 |
| Time | Attn to opp re default. | DDL@lewislin | 8/3/2021 | 0.3 | $460.00 | $138.00 |
| Time | Attn to opp re motion to vacate default. | DDL@lewislin | 8/4/2021 | 0.3 | $460.00 | $138.00 |
| Time | Review and Edit Opp re motion to vacate. | DDL@lewislin | 8/6/2021 | 0.3 | $460.00 | $138.00 |
| Time | Email from David; brief review of opposition to motion | michael | 8/9/2021 | 0.2 | $310.00 | $62.00 |
| Time | Finalize and serve opp re motion to vacate default. | DDL@lewislin | 8/9/2021 | 1.6 | $460.00 | $736.00 |
| Time | Emails from team | michael | 8/11/2021 | 0.2 | $310.00 | $62.00 |
| Time | Cover letter to judge; email Josh re courtesy copies. | DDL@lewislin | 8/11/2021 | 0.4 | $460.00 | $184.00 |
| Time | Draft OTSC re DJ papers (DL affidavit; OTSC; proposed order); compile exhibits; finalize same for submission to court. | DDL@lewislin | 8/25/2021 | 5.2 | $460.00 | $2,392.00 |
| Expense | Travel expenses to White Plains court (Uber / metro north) | DDL@lewislin | 8/26/2021 | 0 | N/A | $87.93 |
| Time | Travel to/from court for OTSC (reduced rate). | DDL@lewislin | 8/26/2021 | 2.4 | $150.00 | $360.00 |
| Time | Attn to filing of OTSC. | DDL@lewislin | 8/26/2021 | 0.3 | $460.00 | $138.00 |
| Time | Emails with David; review letter | michael | 8/30/2021 | 0.2 | $310.00 | $62.00 |
| Time | Email Mike re status of OTSC / default / D's opp. | DDL@lewislin | 8/30/2021 | 0.2 | $460.00 | $92.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 8/31/2021 | 0 | N/A | $24.39 |
| Time | Brief research re timing of Judge Roman's default cases, 0.3; Email re client inquiry and update re same. 0.2 | DDL@lewislin | 10/6/2021 | 0.5 | $460.00 | $230.00 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 10/29/2021 | 0 | N/A | $2.32 |
| Time | Multiple emails with David re: filing of opposition to vacate .4 File opposition brief and supporting papers on the docket .2 | michael | 11/4/2021 | 0.6 | $310.00 | $186.00 |
| Time | Attn to court order re filing MTD opp.  0.2  Call with chambers / email Mike re same. 0.3 | DDL@lewislin | 11/4/2021 | 0.5 | $460.00 | $230.00 |
| Time | Review court clerk filing | michael | 11/5/2021 | 0.1 | $310.00 | $31.00 |
| Time | Attn to D's filing re motion to vacate default. | DDL@lewislin | 12/3/2021 | 0.2 | $475.00 | $95.00 |
| Expense | Pacer Fee | 9631AE6A-FEA4-44 | 12/31/2021 | 0 | N/A | $1.80 |
| Time | Client email re status. | DDL@lewislin | 4/7/2022 | 0.2 | $475.00 | $95.00 |
| Time | Attn vm from D's atty, email client same. 0.1  Diligence re Frank new videos and email client re same. 0.3 | DDL@lewislin | 4/10/2022 | 0.4 | $475.00 | $190.00 |
| Time | Attn to D's motion to withdraw. 0.2 | DDL@lewislin | 4/11/2022 | 0.2 | $475.00 | $95.00 |
| Time | Emails with David re: motion to withdraw | michael | 4/12/2022 | 0.1 | $325.00 | $32.50 |
| Time | Attn to D's motion to withdraw, draft response re same. 1.2 | DDL@lewislin | 4/12/2022 | 1.2 | $475.00 | $570.00 |
| Time | Review draft language for motion from David | michael | 4/13/2022 | 0.2 | $325.00 | No Charge |
| Time | Factual research for opp. to withdraw | michael | 4/14/2022 | 0.3 | $325.00 | No Charge |
| Time | Review Order on motion; messages with David re: same | michael | 4/14/2022 | 0.1 | $325.00 | $32.50 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 4/29/2022 | 0 | N/A | $20.09 |
| Time | Email client re case update. | DDL@lewislin | 5/20/2022 | 0.2 | $475.00 | $95.00 |
| Time | Review David response in opposition to vacatur .2 Review emails from David re: service .2 Draft affidavit of service; file same with Court .4 | michael | 6/8/2022 | 0.8 | $325.00 | $260.00 |
| Time | Court call re default motion, draft and file letter re same. | DDL@lewislin | 6/8/2022 | 0.8 | $475.00 | $380.00 |
| Time | Review filing; emails with David re: same | michael | 6/15/2022 | 0.1 | $325.00 | $32.50 |
| Time | Ltr to court re Ds' default. | DDL@lewislin | 6/15/2022 | 1.1 | $475.00 | $522.50 |
| Time | Attn to service of ltr to court. | DDL@lewislin | 6/16/2022 | 0.1 | $475.00 | $47.50 |
| Time | Attn to Frankie's atty NOA, attn court order to show cause re default. | DDL@lewislin | 6/21/2022 | 0.2 | $475.00 | $95.00 |
| Time | Attn to D's response to OTSC. 0.3  Email client re same / status. 0.2 | DDL@lewislin | 6/22/2022 | 0.5 | $475.00 | $237.50 |
| Time | Attn to court order re vacating default; email Mike / client re same. | DDL@lewislin | 7/12/2022 | 0.7 | $475.00 | $332.50 |
| Time | Review Court order on motion to vacate .2 Emails with David re: same .1 | michael | 7/12/2022 | 0.3 | $325.00 | $97.50 |
| Time | Attn to Mike email re state of D's business. | DDL@lewislin | 7/13/2022 | 0.2 | $475.00 | $95.00 |
| Time | Review Tufano new videos re: USDA, new website, legal proceedings .5 Emails with David re: same .1 | michael | 7/13/2022 | 0.6 | $325.00 | $195.00 |
| Time | Email RAS re OTSC re default / damages. | DDL@lewislin | 8/1/2022 | 0.8 | $475.00 | $380.00 |
| Timer | Review previous court filings and Order to Show Cause, review 6/21 Affidavit from DL, update affidavit with current damage calculations; research statutory damages | rachelann | 8/2/2022 | 0.9 | $270.00 | No Charge |
| Timer | Research standard for entering default damages without inquest (1.2); edit previous affidavit to include legal standards regarding inquest (1); review 7/12/22 order from Court for incorporation into new | rachelann | 8/3/2022 | 2.5 | $270.00 | $675.00 |
| Timer | Add procedural history to affidavit | rachelann | 8/3/2022 | 0.9 | $270.00 | $243.00 |
| Time | Final edits to first draft; edits to proposed order to show cause | rachelann | 8/4/2022 | 1.9 | $270.00 | $513.00 |
| Time | Attn to OTSC for default.  0.4; Email RA re comments / attys fees / OTSC process. 0.3 | DDL@lewislin | 8/4/2022 | 0.7 | $475.00 | $332.50 |
| Timer | Compiling documentation of attorneys fees; redaction of invoices; edits to attorney affidavit | rachelann | 8/5/2022 | 1.3 | $270.00 | $351.00 |
| Timer | Calling White Plains clerk regarding filing procedures; attn to Tufano bank statements; edits to affidavit | rachelann | 8/5/2022 | 0.7 | $270.00 | $189.00 |
| Timer | Edits to damages section of OTSC affidavit | rachelann | 8/6/2022 | 0.9 | $270.00 | $243.00 |
| Timer | Updating view counts; defamation per se damages research; edits to attorney affidavit | rachelann | 8/8/2022 | 1.1 | $270.00 | $297.00 |
| Time | Edit attorney affidavit, specifically update view count on videos, view and update with new YouTube video allegations, layout editing. | rachelann | 8/9/2022 | 1.1 | $270.00 | $297.00 |
| Timer | Add content relating to November 2020 video from Defendant Tufano; review video counts; defamation per se damage calculation | rachelann | 8/10/2022 | 2.2 | $270.00 | $594.00 |
| Timer | Final edits to affidavit draft 2; review and organization of exhibits. | rachelann | 8/11/2022 | 1.4 | $270.00 | $378.00 |
| Timer | Attn. to DL email | rachelann | 8/11/2022 | 0.1 | $270.00 | $27.00 |
| Time | Review/edit default OTSC. Email Rachel Ann re comments. | DDL@lewislin | 8/11/2022 | 1.2 | $475.00 | $570.00 |
| Timer | Add URLs of videos to be deleted; finalize draft. | rachelann | 8/12/2022 | 0.7 | $270.00 | $189.00 |
| Timer | Attn. to e-mail from DL (.1); electronic case filing (1.2); compiling ECF and drafting cover letter (.5). | rachelann | 8/12/2022 | 1.8 | $270.00 | $486.00 |
| Time | Attn to OTSC for DJ.  Review/edit final affidavit. 0.8  Call chambers re OTSC procedure. 0.1  Emails RAS re filing. 0.4  Email courtesy copy to court. 0.2  Email client re same. 0.1 | DDL@lewislin | 8/12/2022 | 1.6 | $475.00 | $760.00 |
| Timer | Correct ECF, draft proposed default judgement and statement of damages | rachelann | 8/15/2022 | 1.5 | $270.00 | $405.00 |
| Timer | Edits to proposed default judgment, attn. to e-mail to DL. | rachelann | 8/15/2022 | 0.2 | $270.00 | $54.00 |
| Timer | File Statement of Damages and Proposed Default Judgement (.7); draft new cover letter and compile new filings (.4); attn. to filing notifications (.1) | rachelann | 8/15/2022 | 1.2 | $270.00 | $324.00 |
| Time | Attn to court notice re re-filing OTSC. 0.3  Attn to statement of damages / proposed judgment, email RA re same. 0.4  Further edits to same. 0.2 | DDL@lewislin | 8/15/2022 | 0.9 | $475.00 | $427.50 |
| Expense | Overnight FedEx Fee - Tracking No.: 777664207876 | 9631AE6A-FEA4-44 | 8/16/2022 | 0 | N/A | $33.13 |
| Expense | West Law Fee | 9631AE6A-FEA4-44 | 8/31/2022 | 0 | N/A | $18.01 |
| Time | Emails client re default. | DDL@lewislin | 9/22/2022 | 0.2 | $475.00 | $95.00 |
| Time | Respond to client inquiry. | DDL@lewislin | 9/23/2022 | 0.1 | $475.00 | $47.50 |

| Type | Description | User | Date | Hours/Rate | Amount |
|---|---|---|---|---|---|
| Timer | Review of defendants YouTube posting, email to David re new video (.2); research into Judge individual rules (.3). | rachelann | 10/17/2022 | 0.5 $270.00 | $135.00 |
| Time | Attn new video and email RAS re ltr to court. | DDL@lewislin | 10/17/2022 | 0.2 $475.00 | $95.00 |
| Timer | Draft update letter to Judge Roman re Defendant's new video | rachelann | 10/21/2022 | 0.4 $270.00 | $108.00 |
| Timer | Draft update letter to court (.9); incorporate David edits and file (.3) | rachelann | 10/25/2022 | 1.2 $270.00 | $324.00 |
| Time | Attn to ltr to court re additional video. | DDL@lewislin | 10/25/2022 | 0.5 $475.00 | $237.50 |
| Time | Attn to status of DJ motion. | DDL@lewislin | 5/17/2023 | 0.3 $525.00 | $157.50 |
| Time | Attn to Judge Roman and default timing, email client re same. | DDL@lewislin | 5/24/2023 | 1.2 $525.00 | $630.00 |
| Expense | Westlaw | ngong | 5/31/2023 | 0 N/A | $9.34 |
| Time | Dkt. and calendar Order to Show Cause for entry of default judgment. | ngong | 9/15/2023 | 0.2 $195.00 | $39.00 |
| Time | Attn to docket and call chambers re status of default. 0.2;  Email client re status/strategy, domain name. 0.3; Attn to court order to show cause re default, email client, RAS re same. 0.4 | DDL@lewislin | 9/15/2023 | 0.9 $525.00 | $472.50 |
| Expense | USPS Priority Mail (Tracking #9402711206209583118292)/Certified Mail, Return Receipt (9590940233672278600868) re service of OTSC re default judgment | ngong | 9/18/2023 | 0 N/A | $43.00 |
| Time | Assembled service of Order to Show Cause re default judgment with supporting documents (309 pages) via certified mail, return receipt requested, email RAS re same. | ngong | 9/18/2023 | 1.5 $195.00 | $292.50 |
| Timer | Review court order re Order to Show Cause; send to Nellie for mailing; call w/ Court re ECF service requirements; email to David re same | rachelann | 9/18/2023 | 0.7 $295.00 | $206.50 |
| Time | Email RAS re service of court order. | DDL@lewislin | 9/18/2023 | 0.1 $525.00 | $52.50 |
| Time | Dkt. Affidavit of service re Order to Show Cause re default judgment. | ngong | 9/20/2023 | 0.1 $195.00 | $19.50 |
| Timer | Draft and file Affirmation of Service re OSC | rachelann | 9/20/2023 | 0.5 $295.00 | $147.50 |
| Time | Attn to aff of service re DJ order. | DDL@lewislin | 9/20/2023 | 0.1 $525.00 | $52.50 |
| Timer | Check Tufano YouTube page re default judgment | rachelann | 9/21/2023 | 0.1 $295.00 | No Charge |
| Time | Attn notice Namecheap re renewing domain. | DDL@lewislin | 10/11/2023 | 0.2 $525.00 | $105.00 |
| Time | Email follow-up to Namecheap | michael | 10/18/2023 | 0.1 $360.00 | $36.00 |
| Time | Attn email Namecheap re domain lock. 0 Review Namecheap email .1 Emails with David re: same .2 | DDL@lewislin | 10/18/2023 | 0.1 $525.00 | $52.50 |
| Time | Review emails from David, client .1 | michael | 10/19/2023 | 0.4 $360.00 | $144.00 |
| Time | Emails Namecheap, MC, client re domain name dropping. 0.5;  Attn to D's opp re DJ. 0.2 | DDL@lewislin | 10/19/2023 | 0.7 $525.00 | $367.50 |
| Time | Dkt. defendant's response to OTSC re entry of default judgment. | ngong | 10/20/2023 | 0.1 $195.00 | $19.50 |
| Time | Emails with David .1 Send email reply to Namecheap .1 | michael | 10/20/2023 | 0.2 $360.00 | $72.00 |
| Time | Review Tufano Opp. to OSC | michael | 10/20/2023 | 0.2 $360.00 | $72.00 |
| Time | Attn email to Namecheap, further review of DJ opp in prep for reply. 0.5;  Email client re update. 0.3 | DDL@lewislin | 10/20/2023 | 0.8 $525.00 | $420.00 |
| Time | Attn to reply brief. | DDL@lewislin | 10/23/2023 | 2.3 $525.00 | $1,207.50 |
| Time | Dkt. reply brief re OTSC re entry of default judgment. | ngong | 10/24/2023 | 0.1 $195.00 | $19.50 |
| Time | Finalize/file reply brief. | DDL@lewislin | 10/24/2023 | 1 $525.00 | $525.00 |
| Time | Prep for court appearance. 0.6; Participate in court hearing. 0.5; Follow-up, email to OC re settlement, email to client. 0.4; Follow-up email OC re same. 0.2; Further emails re stipulation of settlement. 0.4 | DDL@lewislin | 10/26/2023 | 2.1 $525.00 | $1,102.50 |
| Time | Attn to stip re consent order.  1.4 ; Diligence re paulsaladinoMD.com and emails client/OC re same. 0.4;  Further diligence re paulsaladinoMD.com and email client re same. 0.4; Further attn to client email re domain. 0.3 | DDL@lewislin | 10/27/2023 | 2.5 $525.00 | $1,312.50 |
| Timer | Attn. to opposing counsel's filings re default judgment hearing and reply brief re same | rachelann | 10/30/2023 | 0.2 $295.00 | $59.00 |
| Time | Email OC re other domain name(s). | DDL@lewislin | 10/30/2023 | 0.2 $525.00 | $105.00 |
| Timer | Review partial settlement agreement and incorporate edits to same | rachelann | 10/31/2023 | 0.6 $295.00 | $177.00 |
| Expense | Westlaw | ngong | 10/31/2023 | 0 N/A | $46.26 |
| Time | Emails OC re settlement. 0.2; Edits to stip of settlement/email RAS re same. 0.4 | DDL@lewislin | 10/31/2023 | 0.6 $525.00 | $315.00 |
| Time | Email OC re status of injunction settlement | DDL@lewislin | 11/6/2023 | 0.3 $525.00 | $157.50 |
| Time | Email client re settlement status | DDL@lewislin | 11/7/2023 | 0.2 $525.00 | $105.00 |
| Time | Dkt. Minute entry re Order to Show Cause re Default Judgment. | ngong | 11/8/2023 | 0.1 $195.00 | $19.50 |
| Timer | Review court's minute entry of 10/26/23 hearing | rachelann | 11/8/2023 | 0.1 $295.00 | No Charge |
| Time | Review Court minute entry order | michael | 11/8/2023 | 0.1 $360.00 | No Charge |
| Time | Attn court entry re hearing; draft letter re no settlement. | DDL@lewislin | 11/8/2023 | 0.3 $525.00 | $157.50 |
| Time | Attn to anonymous email re Tiktok/D's cosmetic surgery. | DDL@lewislin | 12/11/2023 | 0.3 $525.00 | $157.50 |
| Timer | Att. to David email re new YouTube and TikTok videos re defendant's eye surgery; review letter draft and new YouTube and TikTok videos; incorporate edits and send to David for approval (.8); finalize and file letter to the court (.2) | rachelann | 12/12/2023 | 1 $295.00 | $295.00 |
| Time | Dkt. Letter to Judge re default judgment motion and update re defendant's social media posts re eye surgery; Dkt. Court Memo Endorsement to file Order re same. | ngong | 12/12/2023 | 0.1 $195.00 | $19.50 |
| Time | Attn letter to court, email RAS re same. | DDL@lewislin | 12/12/2023 | 0.9 $525.00 | $472.50 |
| Timer | Attn. to David's letter to the Court re settlement discussions | rachelann | 4/10/2024 | 0.1 $315.00 | No Charge |
| Time | Dkt. Status report re settlement discussions/default judgment. | ngong | 4/10/2024 | 0.1 $195.00 | $19.50 |
| Time | Attn to case status, call court re status, prepare letter to court re same. | DDL@lewislin | 4/10/2024 | 0.5 $545.00 | $272.50 |
| Time | Attn to status of case and email client re same. | DDL@lewislin | 6/21/2024 | 0.2 $545.00 | $109.00 |
| Time | Attn to case status, telconf court re same, email client re update. | DDL@lewislin | 10/31/2024 | 0.4 $545.00 | $218.00 |
| Timer | Attn. to order from Court and David's emails re same; attn. to order assigning to Magistrate Judge | rachelann | 1/30/2025 | 0.2 $340.00 | $68.00 |
| Time | Attn court order, emails client / RAN re same. 0.4  Email Namecheap re compliance. 0.3 Attn Google requests to remove Youtube videos. 0.3 | DDL@lewislin | 1/30/2025 | 1 $565.00 | $565.00 |
| Timer | Submit takedown requests for videos to Google; research take-down process for YouTube; draft cover letter for submission to YouTube; send to David for edits | rachelann | 1/31/2025 | 1.1 $340.00 | $374.00 |
| Time | Attn Namecheap response, RAN email re Google. 0.2 Email OC re compliance. 0.1 | DDL@lewislin | 1/31/2025 | 0.3 $565.00 | $169.50 |
| Timer | Forward letter to YouTube for mailing; attn. to email from David re information subpoena and letter to Magistrate Judge | rachelann | 2/3/2025 | 0.4 $340.00 | $136.00 |
| Time | Attn email from Namecheap re transferring domain.  0.3  Attn client email re PaulsaladinoMD.com. 0.4 Email RAN are subpoenas / discovery re default, quick research re same. 0.8  Attn court order re contacting magistrate, email RAN re same. 0.4 | DDL@lewislin | 2/3/2025 | 1.9 $565.00 | $1,073.50 |
| Timer | Review order and draft joint letter to attorney re scheduling damages inquest; forward to opposing counsel; research FRCP 69 procedures and timing of information subpoena issuance; research potential targets for information subpoenas to gather Defendant bank account information; email David re FRCP 69 research; attn. to email from opposing counsel re client's refusal to cooperate; call w/ David re case | rachelann | 2/4/2025 | 3.2 $340.00 | $1,088.00 |
| Time | Dkt. default order and order re referral to magistrate judge. | ngong | 2/4/2025 | 0.1 $210.00 | $21.00 |
| Time | Emails RAN re discovery in aid of judgment. 0.3  Attn to OC email re withdrawal, email RAN re letter to magistrate. 0.3 Telconf RAN re same. 0.2 | DDL@lewislin | 2/4/2025 | 0.8 $565.00 | $452.00 |
| Timer | Draft subpenas, schedule A, and cover letters for Amazon, YouTube, Shopify, PayPal, Adam Starowicz; attn. to Court order re scheduling conference; send subpoenas to David and review edits to same | rachelann | 2/5/2025 | 3.6 $340.00 | $1,224.00 |

| Type | Description | User | Date | Hours/Rate | Amount |
|---|---|---|---|---|---|
| Time | Dkt. & calendar scheduling order. | ngong | 2/5/2025 | 0.1 $210.00 | $21.00 |
| Time | Attn court notice re conf w/ magistrate. 0.1 Review proposed subpoenas and emails RAN re same. 0.3 | DDL@lewislin | 2/5/2025 | 0.4 $565.00 | $226.00 |
| Timer | Draft subpoenas for YouTube, TikTok, Instagram, Frank Tufano, and Frankie's Free Range Meats LLC; incorporate David's edits to Schedule A for all subpoenas; send to David for approval; draft domain name subpoenas to Namecheap, GoDaddy, and Domains by Proxy; finalize copies of subpoenas for notification to OC and service; draft cover letter to opposing counsel for notification of subpoenas; send to NG and draft email re initiating notification on attorney and service | rachelann | 2/6/2025 | 6 $340.00 | $2,040.00 |
| Time | Attn to RAN email re service of subpoenas, reply to same .3; review same .5 | ngong | 2/6/2025 | 0.8 $210.00 | $168.00 |
| Time | Attn to subpoenas. 0.4 Attn to Namecheap transfer of domain / account setup. 0.7 Email client re same. | DDL@lewislin | 2/6/2025 | 1.4 $565.00 | $791.00 |
| Expense | USPS Priority Mail to defendant re subpoenas (tracking #9405 5301 0935 5098 0891 68) | ngong | 2/7/2025 | 0 N/A | $8.40 |
| Expense | ABClegal Invoice #20614090.100 re PayPal subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal Invoice #20614065.100 re Shopify USA subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal invoice #20614221.100 re Adam Starowicz subpoena | ngong | 2/7/2025 | 0 N/A | $140.00 |
| Expense | ABClegal Invoice #20614375.100 re Amazon subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal Invoice #20614466.100 re YouTube subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal Invoice #20614716.100 re Instagram subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal invoice #20614824.100 re TikTok subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal invoice #20614982.100 re Frankie's Free-Range Meat, LLC Subpoena | ngong | 2/7/2025 | 0 N/A | $210.00 |
| Expense | ABClegal invoice #20614907.100 re Frank Tufano subpoena | ngong | 2/7/2025 | 0 N/A | $140.00 |
| Expense | ABClegal Invoice #20615143.100 re Namecheap subpoena | ngong | 2/7/2025 | 0 N/A | $85.00 |
| Expense | ABClegal invoice #20615251.100 re Domains By Proxy subpoena | ngong | 2/7/2025 | 0 N/A | $150.00 |
| Expense | ABClegal Invoice #20615210.100 re GoDaddy subpoena | ngong | 2/7/2025 | 0 N/A | $150.00 |
| Time | Multi calls and emails with process server re service to Canada re Shopify subpoena, processed all subpoenas for service. | ngong | 2/7/2025 | 5.4 $210.00 | $1,134.00 |
| Timer | Attn. to service of subpoena paperwork; record status of service documents | rachelann | 2/7/2025 | 0.4 $340.00 | $136.00 |
| Expense | ABClegal invoice #20648314.100 re Shopify Canada subpoena | ngong | 2/10/2025 | 0 N/A | $750.00 |
| Expense | ABCLegal invoice #20645267.100 re GoDaddy subpoena (corrected address) | ngong | 2/10/2025 | 0 N/A | $150.00 |
| Expense | ABClegal Invoice #20645500.100 re Domains by Proxy (corrected address) | ngong | 2/10/2025 | 0 N/A | $150.00 |
| Timer | Review service of information subpoenas; direct services of new addresses in compliance with subpoenas; attn. to notification of YouTube videos being blocked; review request to YouTube for deletion | rachelann | 2/10/2025 | 1.1 $340.00 | $374.00 |
| Time | Attn Youtube videos takedown. | DDL@lewislin | 2/10/2025 | 0.2 $565.00 | $113.00 |
| Timer | Review AOS received for information subpoenas | rachelann | 2/11/2025 | 0.1 $340.00 | $34.00 |
| Timer | Review service documents; email w David re notification of opposing counsel; call w Adam Starowicz re Frankie's Free-Range Meat LLC and response to financial subpoena | rachelann | 2/12/2025 | 0.6 $340.00 | $204.00 |
| Time | Attn to subpoenas re damages. 0.4 Attn response from Adam Starowicz re subpoena. 0.2 | DDL@lewislin | 2/12/2025 | 0.6 $565.00 | $339.00 |
| Timer | Attn. to email from Shopify re enforceability of subpoena; email David summary of call with former business partner of Frankie's Free-Range Meats; research new LLC name and CPA for service of new information subpoenas; attn. to email from Frank Tufano re wrong LLC"; call w David re next steps" | rachelann | 2/13/2025 | 1.4 $340.00 | $476.00 |
| Time | Email RAN re Adam Starowicz subpoena. 0.2  Attn D email re entity dissolution and teconf RAN re | DDL@lewislin | 2/13/2025 | 0.5 $565.00 | $282.50 |
| Expense | ABCLegal Invoice #20712775.100 re Peretz Mitgang Settler & Company subpoena | ngong | 2/14/2025 | 0 N/A | $140.00 |
| Timer | Draft subpoena to accountant Michael Settler, CPA; finalize subpoena to FFRM LLC; finalize and sign subpoenas; draft cover letter to Michael Settler cover letter; draft notification to attorney; send all to Nellie for mailing; attn. to mailing re accountant bounceback and service | rachelann | 2/14/2025 | 1.7 $340.00 | $578.00 |
| Time | Processed subpoenas to FFRM and Peretz Mitgang Settler for service, calendar same. | ngong | 2/14/2025 | 0.8 $210.00 | $168.00 |
| Expense | ABClegal Invoice # 20736052.100 re Namecheap subpoena (corrected address) | ngong | 2/17/2025 | 0 N/A | $150.00 |
| Timer | Attn. to service documents; give alternate address for Namecheap subpoena; attn. to email from YouTube re deleting videos permanently; attn. to response from Amazon from subpoena; send email to Amazon attorney re information subpoena | rachelann | 2/17/2025 | 0.6 $340.00 | $204.00 |
| Time | Attn Amazon subpoena response. 0.1 Emails re Amazon response. 0.2 Emails RAN re YouTube deletion of videos, email OC re same. 0.3 | DDL@lewislin | 2/17/2025 | 0.6 $565.00 | $339.00 |
| Timer | Follow-up with Amazon counsel re meet and confer | rachelann | 2/19/2025 | 0.2 $340.00 | $68.00 |
| Time | Attn to Amazon subpoena response. | DDL@lewislin | 2/19/2025 | 0.2 $565.00 | $113.00 |
| Timer | Attn. to service document on Frank Tufano; review received AOS and follow-up on outstanding service documents; preliminary review of Paypal Subpoena response | rachelann | 2/20/2025 | 0.4 $340.00 | $136.00 |
| Time | Attn to Paypal subpoena response, emails RAN / client re same. 0.5 Attn to domain status, email client re same. 0.3 | DDL@lewislin | 2/20/2025 | 0.8 $565.00 | $452.00 |
| Expense | PayPal Invoice (PP-LGL-78663-1) re subpoena | ngong | 2/21/2025 | 0 N/A | $48.00 |
| Timer | Review PayPal subpoena production; forward invoice to NG for payment; attn. to new PA lawsuit | rachelann | 2/21/2025 | 0.4 $340.00 | $136.00 |
| Time | Attn client email re more Youtube videos, damages. 0.2  Attn Tufano filing re Shopify. 0.2 | DDL@lewislin | 2/21/2025 | 0.4 $565.00 | $226.00 |
| Timer | Review filing in Middle District of Pennsylvania; email Shopify legal representative and set up meet & confer; review response from YouTube service | rachelann | 2/24/2025 | 0.3 $340.00 | $102.00 |
| Time | Attn to Meta subpoena response. | DDL@lewislin | 2/24/2025 | 0.3 $565.00 | $169.50 |
| Timer | Attn. to email from Instagram counsel; prepare for meet and confer with Shopify counsel; meet and confer with Shopify counsel; email David summary of enforcement status; review objection letter from Google/YouTube, Inc. | rachelann | 2/25/2025 | 1.6 $340.00 | $544.00 |
| Time | Attn to Google subpoena response. 0.2 Attn to RAN email re status of subpoena responses. 0.2 | DDL@lewislin | 2/25/2025 | 0.4 $565.00 | $226.00 |
| Time | Dkt. & calendar minute entry re conference held. | ngong | 2/26/2025 | 0.2 $210.00 | $42.00 |
| Timer | Attn. to David email re status hearing; prepare for call w counsel for Amazon; meet and confer with Amazon counsel | rachelann | 2/26/2025 | 0.8 $340.00 | $272.00 |
| Time | Prep for court conf. 0.5  Attend court conf. 0.4  Email RAN re to do. 0.1 Email OC re additional Youtube videos. 0.3Attn to additional Youtube videos to take down. 0.2  Email to OC re additional videos. 0.3 | DDL@lewislin | 2/26/2025 | 1.8 $565.00 | $1,017.00 |
| Time | Calls and emails with process server/supervisor re FFRM subpoena, obtain refund re same. Emails to | ngong | 2/27/2025 | 0.7 $210.00 | $147.00 |
| Timer | Attn. to email from David re removal of YouTube videos; attn. to report re Tufano threat on server; review newest YouTube video | rachelann | 2/27/2025 | 0.5 $340.00 | $170.00 |
| Time | Attn client emails re domain. | DDL@lewislin | 2/27/2025 | 0.1 $565.00 | $56.50 |
| Timer | Attn. to response from Instagram re monetization; review damages calculations from 2022 and relevant law; review and find sample documents; review Shopify disclosure | rachelann | 2/28/2025 | 1.2 $340.00 | $408.00 |
| Expense | Westlaw | ngong | 2/28/2025 | 0 N/A | $107.67 |
| Time | Attn to inquest/damages brief. | DDL@lewislin | 2/28/2025 | 0.2 $565.00 | $113.00 |
| Time | Attn to Shopify subpoena response. | DDL@lewislin | 2/28/2025 | 0.3 $565.00 | $169.50 |
| Timer | Review production status after 2/28 disclosure deadline; email counsel for Google to schedule meet and confer re enforcement of YouTube, Inc. subpoena; attn. to David email re GoDaddy and NameCheap | rachelann | 3/3/2025 | 0.5 $340.00 | $170.00 |
| Time | Msgs RAN re outstanding subpoenas | DDL@lewislin | 3/3/2025 | 0.3 $565.00 | $169.50 |
| Timer | Outline damages inquest application with law and updated fee determination; email NG re updated attorneys fees costs | rachelann | 3/4/2025 | 1.1 $340.00 | $374.00 |

| Type | Description | User | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Timer | Review current status of execution of judgment, check on status of Pennsylvania case, review new YouTube Shorts posted re Shopify Subpoenas; begin drafting application for inquest | rachelann | 3/5/2025 | 2.7 | $340.00 | $918.00 |
| Timer | continue working on application for inquest papers; attn. to Tufano new video; attn. to GoDaddy response documents; follow up with Domains by Proxy LLC re compliance with subpoena; resend cover | rachelann | 3/6/2025 | 1.3 | $340.00 | $442.00 |
| Time | Attn GoDaddy subpoena response. | DDL@lewislin | 3/6/2025 | 0.2 | $565.00 | $113.00 |
| Timer | Continue drafting application for inquest; call w Nellie re updated FFRM LLC subpoena for service by sheriff; continue drafting application for inquest | rachelann | 3/7/2025 | 2 | $340.00 | $680.00 |
| Time | Attn Google response to subpoena. 0 | DDL@lewislin | 3/7/2025 | 0.1 | $565.00 | $56.50 |
| Timer | Attn. to email from Google re meet and confer and respond re same; follow up with PayPal re missing 1099K; continue drafting application for inquest | rachelann | 3/10/2025 | 1.7 | $340.00 | $578.00 |
| Timer | Email David re Domains by Proxy follow up and status of production; continue working on application for inquest; send completed draft to David; follow up with Michael Settler re outstanding subpoena production; call w Google re YouTube subpoena; email Google rep re defamatory videos | rachelann | 3/11/2025 | 2.5 | $340.00 | $850.00 |
| Expense | Delaware Business Filing Fee | rachelann | 3/12/2025 | 0 | N/A | $20.00 |
| Expense | Delaware document fee for cancellation records | rachelann | 3/12/2025 | 0 | N/A | $97.99 |
| Timer | draft attorney declaration to accompany application for inquest; research Frankie's Free-Range Meat LLC filing history and request submitted documents; attn. to status of Domains by Proxy compliance; attn. to newly filed case in NY Superior Court and mailing re same; develop exhibits for attorney declaration ISO application for inquest | rachelann | 3/12/2025 | 4.1 | $340.00 | $1,394.00 |
| Time | Attn Tufano NY state court case. 0.3  Telconf RAN re same/inquest. 0.3  Attn DomainsbyProxy subpoena response, telconf RAN re same, diligence re HHF Life / Troy Shanks, email client re same. 1.0  Review/edit inquest brief. 1.2 | DDL@lewislin | 3/12/2025 | 2.8 | $565.00 | $1,582.00 |
| Timer | Attn. to PayPal response email re 1099K from 2020, review Domains by Proxy response and determine follow-up status; incorporate David edits to application for inquest | rachelann | 3/13/2025 | 3.3 | $340.00 | $1,122.00 |
| Time | Attn to damages submission and email RAN re same | DDL@lewislin | 3/13/2025 | 0.6 | $565.00 | $339.00 |
| Timer | Continue researching David edits to application for inquest, incorporate edits to application and attorney declaration; review exhibits; send to David for review | rachelann | 3/14/2025 | 3.6 | $340.00 | $1,224.00 |
| Time | Calls, emails and fax with sheriff re FFRM LLC subpoena. | ngong | 3/18/2025 | 0.5 | $210.00 | $105.00 |
| Time | Review/edit Inquest submission, email client re same. | DDL@lewislin | 3/19/2025 | 1.3 | $565.00 | $734.50 |
| | | | | 217 | | $81,381.55 |

total expenses: 4,867.55

total: 76,514