

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SALADINO, MD. | Case No.: 6:20-CV-09346 |
| Plaintiff, | |
| vs. | MOTION TO DISMISS |
| FRANK TUFANO | |
| FRANKIE'S FREE RANGE MEAT LLC | |
| Defendants | |

1. The entity "Frankie's Free Range Meat LLC," was entered in to this lawsuit. At the time Frank Tufano's legal counsel did not properly advise him or make the correct court action.

2. This entity falls under Lack of Subject Matter Jurisdiction, as the business "Frankie's Free Range Meat LLC," has no relevancy to the matter at hand of trademark/defamation. There is no link of the activities of Frank Tufano's former business LLC to the current trademark and defamation issue.

3. Frank Tufano's statements, opinions, and videos have always been posted on his own personal social media pages, there is no such social media existing for the

York. The financial strain and pressure from various lawsuits, including this one, resulted in the business becoming financially crippled and being evicted from their New York location, which can be considered grounds for tortious interference.

5. David D. Lin Esq. also failed to state a valid claim against the entity "Frankie's Free Range Meat LLC," as Frank Tufano associating with and promoting the business has nothing to do with Paul Saladino MD's personal or business activities.

Dated: April 21, 2025

By: /s/ Frank Tufano

Frank Tufano

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Court Clerk US District Court
   300 Quarropas ST
   White Plains NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

2. Article Number (Transfer from service label)

   7022 3330 0000 4545 0570

9590 9402 8623 3244 5177 46

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**PRIORITY MAIL®**

OD: 12 1/2 x 9 1/2
May 2020

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

FROM:

TO:
USMS
SDNY

RECEIVED
APR 29 2025
USDC
W.P.

RDC 03

U.S. POSTAGE PAID
PM
CARBONDALE, PA 18407
APR 21, 2025
$18.55
R2304M116505-69

10601

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.


