Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD.

    Plaintiff,

vs.

FRANK TUFANO

FRANKIE'S FREE RANGE MEAT LLC

    Defendants

Case No.: 6:20-CV-09346

REPONSE TO SUPPORT OF APPLICATION TO VACATE INQUEST AND REQUEST FOR POSTPONEMENT OF CASE DUE TO MEDICAL EMERGENCY

1. David D. Lin's Esq. has failed to provide legitimate sources from entities tied to this lawsuit and continues to use documentation about outside entities, which were obtained by fraudulent subpoenas, to create the illusion that Frank Tufano has "profited millions," when the reality is the opposite.

2. David D.. Lin has cherry-picked videos from Frank Tufano's YouTube channel to create a false narrative, mainly by omitting Frank Tufano's hardships of having his New York Business shut down by the USDA and being financially crippled by dozens of lawsuits.

3. David D. Lin Esq. has provided no proof of significant income or assets from

4. Frank Tufano's recent medical issues have left him financially crippled, being partially blinded from a surgery that occurred in November of 2023, has left him awaiting disability approval and unable to work or perform his normal duties. Since this surgical error Frank Tufano has undergone 10 procedures in attempts to correct and restore his vision and has an upcoming procedure that will be addressed further in the complaint.

5. These medical issues have greatly impacted Frank Tufano's ability to manage his legal issue. Frank Tufano has not had any income to pay for his legal representation to file all possible motions and court actions and is not physically or mentally well enough to research adequate law to represent himself in a fair manner.

6. David D. Lin Esq. continues to refer to "Frankie's Free Range Meat LLC," as "FFRM" which is factually incorrect as that may cause confusion with other entities or business abbreviations.

7. The entity that David D. Lin Esq. is going after for monetary damages "Frankie's Free Range Meat," went out of business in the year 2021. The monetary strain caused by this lawsuit, and another separate lawsuit with the other business partner, resulted in "Frankie's Free Range Meat LLC," to be unable to afford paying their lease, which they were then evicted from their business location in Bronx Housing Court, ceasing business operations. The

8. Therefore, any income documentation past the middle of 2021 would not apply to this lawsuit as Frank Tufano's business operations under "Frankie's Free Range Meat LLC," ceased to exist – not that David D. Lin Esq. has provided any documentation that was operating under this LLC name.

9. David D. Lin claims there is evidence of "millions of dollars of income," but the documents he provided do not state the entities named in this lawsuit, nor has this documentation been obtained with legitimate subpoenas as the organizations providing information did not notice the entity discretion.

10. It is very clear that David D. Lin Esq. was unable to find any proof of income or significant assets for the entities named in this lawsuit, so is therefore attempting to use deceptive and fraudulent practices to form a narrative.

11. Paul Saladino has clearly not suffered any monetary damages, as his social media presence and business presence is 100s of times that of Frank Tufano. Paul Saladnio has amassed dozens of millions of views and followers across all social media channels while Frank Tufano maintains less than 100,000. Paul Saladino's following has grown and continues to grow through the entirety of this lawsuit, clearly showing that whatever Frank Tufano has done has had no measurable negative impact on his reputation on any social media platform.

12. Any claim that Paul Saladino's reputation suffering from Frank Tufano's actions is completely negated by his gigantic social media following relative to Frank

personal issue after Frank Tufano recognized Paul Saladino's parasitic behavior and had to defend his own personal social media pages and business.

13. Paul Saladino has profited substantially to the point that he has been able to spend nearly a hundred thousand dollars in legal counsel to go after Frank Tufano, who has been financially crippled to the point of not being able to pay his own attorneys fees, evident by his inadequate representation throughout this case.

14. Frank Tufano is only representing himself in this lawsuit, the entity "Frankie's Free Range Meat LLC," may go unrepresented, however Frank Tufano urges the court not to grant any sort of judgement against the LLC as it is likely David D. Lin, Esq. will use the judgement to attempt to obtain assets from other entities not relevant to this lawsuit, as he has done so with the subpoenas that were issued by the judge. There is no reason to issue a judgement against a closed business that has shut down it's operation and has no viable assets.

15. The information from the subpoenas was fraudulently obtained because the documents that David Lin Esq. has presented are from entities not named in this lawsuit. The Shopify Store operates under an entirely different LLC, not named in this lawsuit, yet David D. Lin Esq. is attempting to link the sales from this entity to Frank Tufano and "Frankie's Free Range Meat LLC."

16. Frank Tufano has not earned any personal income from his businesses. His

business partner. Because he no longer has any personal income, including business profits, Frank Tufano has not filed any taxes in the recent two years.

17. David D. Lin Esq. has provided income in the millions of dollars from Papal and Shopify, but this income is not tied to the entities named in this lawsuit, Frank Tufano, or "Frankie's Free Range Meat LLC." If this income was directly tied to Frank Tufano is any sort of profitable amount it would have been reflected in his personal tax returns or the tax returns for a specific business entity, which is not true.

18. Frank Tufano providing his personal tax documentation is a gesture showing that his attempted business operations have not been as successful as Paul Saladino and David D. Lin Esq. are lead to believe. Frank Tufano has made no personal profit from any of his business operations from the year 2019-2025, clearly due to the dozens of lawsuits, shut down of Frankie's Free Range Meat LLC business operations, and more recent medical issues.

19. David D. Lin Esq. has attempted to link the websites "frank-tufano.com," and "frankiesfreerangemeat.com," to the entities in this lawsuit "Frank Tufano," and "Frankie's Free Range Meat LLC," as well as the income shown from his subpoenas, but has no proof of this link. He has not proven a link of these websites to the entities in this case or the income provided by the subpoenas.

20. David D. Lin Esq. then attempts to link this income to the entities in this

file a new lawsuit against the correct business entities, such as "LYT Broth LLC," and Frank Tufano's former business partner "Adam Starowicz."

21. The lawsuits brought up by Frank Tufano were to demonstrate the cease of operation of the named entity in this lawsuit "Frankie's Free Range Meat LLC." The financial strain from the arbitration resulted ultimately in the termination of their lease and close of the business operating location for "Frankie's Free Range Meat LLC." There was a judgement issued for the United Parcel Service against this LLC, however they were unable to collect as the business closed down and therefore has no physical or online assets.

22. David D. Lin Esq. continues to claim that Frank Tufano has received profits personally but has no proof of these received profits. Frank Tufano.

23. Because of Frank Tufano's failed business ventures, mainly due to financial strain from a tarnished business relationship and ongoing lawsuits, and recent medical issues resulting in extreme debt from multiple surgeries and procedures, Frank Tufano is unable to pay any attorney's fees or monetary damages requested. Frank Tufano has complied with all other requests with the court.

24. Regardless of this, the previous operation of "Frankie's Free Range Meat LLC," and income is largely irrelevant to the initial case filing, which is a personal trademark dispute between Paul Saladino and Frank Tufano. The LLC was amended into the lawsuit for no legitimate reason and Frank Tufano's legal

go beyond what is necessary to remedy any wrongdoing that could have possibly occurred.

26. Even more relevantly, Paul Saladno's secret society connections to social media have made any sort of backlash claims untruthful. The social media platforms control what the public sees, and it is very clear that Frank Tufano's social media pages have been suppressed while Paul Saladino's have been promoted. It is beyond comical for someone with tens of millions of followers to claim that an individual with less than 100,000 has any significant negative impact on their business.

27. Because of his legal troubles, Frank Tufano had lost his domicile in New York, his business in New York, his family and relatives have abandoned him, and the courts allowance of this legal harassment has caused, and continues to cause permanent damage to Frank Tufano's well being. It is not unreasonable to consider this Tortious Interference, as the actions of Paul Saladino and David D. Lin Esq. have caused Frank Tufano to be in an unrecoverable state, let alone one where he would be able to pay a ludicrous sum of money that has no legitimate basis.

28. It is very clear that Frank Tufano has not been represented fairly by his attorney, and it is also very clear that the court has approved of improper service of various documents in favor of the Plaintiff.

30. As mentioned, Frank Tufano has been suffering from significant medical issues, and therefore will be undergoing another major surgery in early May. Frank Tufano will be significantly visually impaired for a minimum of 3 months. Because of this medical emergency Frank Tufano is requesting that any further hearings or actions be held until August 20, 2025, which is 3 months of estimated recovery from the upcoming surgical date.

Dated: April 21, 2025

By:    /s/ Frank Tufano

       Frank Tufano