

RECEIVED
AUG 06 2025
PRO SE OFFICE

1  Frank Tufano
2  25 Dundaff ST
   Carbondale, PA 18407
3  (917)599-2160
   frankatufano@gmail.com
4
5                    U.S. DISTRICT COURT
6              SOUTHERN DISTRICT OF NEW YORK

7  PAUL SALADINO, MD.                   Case No.: 6:20-CV-09346
8          Plaintiff,
9  vs.                                  MOTION TO QUASH SUBPEONA
10 FRANK TUFANO
11 FRANKIE'S FREE RANGE MEAT LLC
12         Defendants

13  1. David D. Lin Esq., is actively using a subpoena issued many months ago to
       continue to attempt to obtain fraudulent information irrelevant to the current
       case, more thoroughly explained in an appeal to the higher court. (EXHIBIT A)

    2. As stated verbally to Plaintiff's counsel and the court, Frank Tufano does not
       own any significant personal assets, and he no longer operates any businesses
       under the "Frankie's Free Range Meat LLC."

    3. This business entity was also requested to be dismissed from the case as it is not
       relevant to the case matter.

    4. David D. Lin Esq. has actively used financial records from outside business
       entities to fabricate damages, that are in reality, nonexistent.

MOTION TO QUASH SUBPEONA - 1

**SO ORDERED:**
Plaintiff is directed to respond to this motion by August 15, 2025.

_Judith C. McCarthy_ 8-8-25
JUDITH C. McCARTHY
United States Magistrate Judge

5. David D. Lin Esq. has operated outside of his legal privileges in obtaining documentation from business entities not under the name "Frank Tufano," or "Frankie's Free Range Meat LLC," which he has admitted himself in his reports.

6. David D. Lin Esq. has proven himself incapable of working honestly or fairly, and has blatantly committed fraud to such a large extent that Frank Tufano is in somewhat disbelief that the court has allowed this legal malpractice to continue.

7. If Plaintiff is using a subpoena with such fraudulent intent, what is to stop him from attempting to collect a judgement from outside entities not named in this lawsuit as well?

8. If plaintiff wishes to obtain financial records, or a judgement, against entities not named in this lawsuit, he should be required to file a new action against those new business entities, instead of continuing to fraudulently use the issued subpoenas with malicious intent.

9. Therefore, since David D. Lin Esq. has used the issued Subpoenas with fraudulent intent on multiple proven occasions, and is continuing to attempt to obtain financial documents from outside business entities, Frank Tufano request that the Subpeonas be quashed.

Dated: Tuesday, July 29, 2025

By: /s/ Frank Tufano

Frank Tufano

MOTION TO QUASH SUBPEONA - 2