Case No.: 6:20-CV-09346

Court Clerk
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> The Court is in receipt of Defendant Tufano's document (ECF No. 92). The Court deems it as a request seeking leave of court to file a motion pursuant to Fed. R. Civ. P. 14 for permission to file a third-party complaint. The Court respectfully directs the Plaintiff and the proposed third-party defendant, David D. Lin, Esq. to respond on or before August 21, 2025. Clerk of Court is requested to mail a copy of the endorsement to pro se Defendant Tufano and show service on the docket.
>
> Dated: August 14, 2025
> White Plains, New York
>
> SO ORDERED:
> NELSON S. ROMÁN
> United States District Judge

MEMO ENDORSED

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD.

    Plaintiff,

vs.

FRANK TUFANO

FRANKIE'S FREE RANGE MEAT LLC

    Defendants

Case No.: 6:20-CV-09346

MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

1. Frank Tufano acknowledges his error of not requesting for leave when filing the Third Party Complaint on June 3, 2025.

2. Frank Tufano requests he be granted leave to file attached third party complaint (EXHIBIT A), with brief in support.

Dated: Thursday, August 7, 2025

    By:    /s/ Frank Tufano

    Frank Tufano

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/2025__

MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT - 1

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SALADINO, MD.<br><br>      Plaintiff,<br><br>vs.<br><br>FRANK TUFANO<br><br>FRANKIE'S FREE RANGE MEAT LLC<br><br>      Defendants | Case No.: 6:20-CV-09346<br><br>BRIEF IN SUPPORT MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT |

1. This motion is crucial to identifying the fraudulent actions committed by David D. Lin, Esq. in his linking of outside entities financial statements and business to the current case. (EXHIBIT A)

2. This includes three acts of misconduct by David D. Lin, Esq. – the fraudulent affidavit of service for the default judgement, the adding of the entity "Frankie's Free Range Meat LLC," to the lawsuit, and fraudulent use of Subpoena's against entities not named on said Subpoena.

Dated: Thursday, August 7, 2025

By:     /s/ Frank Tufano

Frank Tufano

BRIEF IN SUPPORT MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT - 1

# EXHIBIT A

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| PAUL SALADINO, MD. | Case No.: 6:20-CV-09346 |
|---|---|
| Plaintiff, | |
| vss | THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL |
| FRANK TUFANO | |
| FRANKIE'S FREE RANGE MEAT LLC | |
| Defendants | |

FRANK TUFANO

THIRD PARTY PLAINTIFF

DAVID D. LIN, ESQ.

THIRD PARTY DEFENDANT

1. Frank Tufano files this third party complaint as a motion to amend David D. Lin, Esq. to the above action as a defendant due to the misconduct and fraud committed in this lawsuit.

2. First the defendant "Frankie's Free Range Meat LLC," was added with no legitimate subject matter jurisdiction.

3. Second, David D. Lin, Esq. used subpoenas issued by the court judgement to obtain documents from outside entities and apply them to this case.

THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL - 1

4. The plaintiff, Paul Saladino, MD., was likely angry and upset that Frank Tufano was exposing him for being a liar and thief, and thought he could funnel money into his legal representation to cause hardship to Frank Tufano in court, at which then David D. Lin, Esq. likely suggested to add Frank Tufano's business as a defendant to the case, which had no relevance in any capacity to the matter at hand, as the initial lawsuit was filed before Frank Tufano was even operating under the specific entity LLC.

5. Using a subpoena issued by a court judgement, David D. Lin Esq. failed to find any significant income or assets from W2 forms or bank accounts related to the entities "Frank Tufano," or "Frankie's Free Range Meat LLC," he decided to fraudulently pursue outside entities not relevant to this case and claimed they were Frank Tufano's income source.

6. David D. Lin Esq. continues to refer to "Frankie's Free Range Meat LLC," as "FFRM" which is factually incorrect as that may cause confusion with other entities or business abbreviations, but this is likely intentional, as David D. Lin Esq. is attempting to cause as much confusion as possible while issuing subpoenas and judgements so they he may access unrelated business entities.

7. Frank Tufano believes that David D. Lin, Esq. is purposefully using this confusion to his advantage, hoping that the banks and platforms he sends the subpoenas to do not notice the discretion between operating entity names.

8. The entity that David D. Lin Esq. is going after for monetary damages "Frankie's Free Range Meat LLC," went out of business in the year 2021. The monetary strain caused by this lawsuit, and another separate lawsuit with the

THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL - 2

other business partner, resulted in "Frankie's Free Range Meat LLC," to be unable to afford paying their lease, which they were then evicted from their business location in Bronx Housing Court, ceasing business operations. The business Frankie's Free Range Meat operating under "Frankie's Free Range Meat LLC," has been closed for several years at this point.

9. Therefore, any income documentation past the middle of 2021 would not apply to this lawsuit as Frank Tufano's business operations under "Frankie's Free Range Meat LLC," ceased to exist – not that David D. Lin Esq. has provided any documentation that was operating under this LLC name.

10. The information from the subpoenas was fraudulently obtained because the documents that David Lin Esq. has presented are from entities not named in this lawsuit. Documents provided for a currently active Shopify Store operate under an entirely different LLC, not named in this lawsuit, yet David D. Lin Esq. is attempting to link the sales from this entity to Frank Tufano and "Frankie's Free Range Meat LLC."

11. David D. Lin Esq. then attempts to link this income to the entities in this lawsuit. David D. Lin Esq. has not shown any proof of income linked directly to the entities in this lawsuit. If David D. Lin Esq. wishes to use the documentation provided in his inquest for a judgement, he should be required to file a new lawsuit against the correct business entities, such as "LYT Broth LLC," and Frank Tufano's former business partner "Adam Starowicz."

12. The lawsuits brought up by Frank Tufano were to demonstrate the cease of operation of the named entity in this lawsuit "Frankie's Free Range Meat LLC."

THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL - 3

The financial strain from the arbitration resulted ultimately in the termination of their lease and close of the business operating location for "Frankie's Free Range Meat LLC." There was a judgement issued for the United Parcel Service against this LLC, however they were unable to collect as the business closed down and therefore has no physical or online assets.

13. David D. Lin Esq., was able to obtain classified documents using a fraudulent subpoena from the platforms Shopify and PayPal, and likely intends to illegally obtain monies from other business entities using a judgement with deceptive and fraudulent practices.

14. Frank Tufano believes that, if any judgement is granted against "Frankie's Free Range Meat LLC," David D. Lin, Esq. will attempt to garnish monies from unrelated business entities.

## JURY TRIAL DEMANDED

1. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

2. Because of Judge Nelson Stephen Roman allowing the entity to be amended into the case, which is a grossly blatant lack of subject matter jurisdiction, he is working against Frank Tufano in the interest of the plaintiff, therefore:

3. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

Dated: Monday, June 2nd, 2025

By:    /s/ Frank Tufano

Frank Tufano

THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL - 4