Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SALADINO, MD<br><br>     Plaintiff,<br><br>vs.<br><br>FRANK TUFANO<br><br>FRANKIES FREE RANGE MEAT LLC<br><br>     Defendants | Case No.: 7:20-cv-09346<br><br>MOTION TO DISQUALIFY AND DEMAND FOR JURY TRIAL |

1. Judge Nelson Stephen Roman has not followed proper judicial procedures by committing court misconduct himself and allowing attorneys for both Plaintiff and Defendant to commit legal malpractice against Frank Tufano

2. It is very clear that not one single decision in this case has been made in favor of Defendant, Frank Tufano.

3. Judge Nelson Stephen Roman has disregarded 4 extreme actions that would each on their own be enough grounds to dismiss the entire case.

    A. Allowing an irrelevant business entity to be added to the lawsuit, and subsequently allowing the judgement to filed against it

    B. The perjury committed by David. D. Lin, Esq. on behalf of Paul Saladino to submit a fraudulent affidavit for the service of the initial default judgement.

MOTION TO DISQUALIFY AND DEMAND FOR JURY TRIAL - 1

C. Ignoring the clear malpractice committed by Frank Tufano's lawyers in favor of Plaintiff, clearly not giving Frank Tufano any fair opportunity in this court. Neither Jeffrey K. Davis or Farrukh Nuridinov made any significant effort to ensure that the ridiculous and false allegations claimed by Paul Saladino, MD, would ever come to any factual consequence.

D. Allowing David D. Lin, Esq. to commit additional legal malpractice by fraudulently using subpoenas to obtain legal documents from other entities, attempting to link them to Frank's personal income and a business.

4. Frank Tufano has made multiple attempts on his own to remedy the malpractice committed by all attorneys and counter the misconduct allowed by the Judge.

5. Because of this obvious bias in favor of the plaintiff, and denial of multiple amendment rights, Frank Tufano is requesting that Judge Nelson Stephen Roman be disqualified from this case and this decision be determined by a jury of his peers.

## JURY TRIAL DEMANDED

6. . The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

7. Frank Tufano requests the decision on whether Nelson Stephen Roman should be disqualified from the trial be determined by a jury, not any individual judge.

Dated: Thursday, August 14, 2025

By:    /s/ Frank Tufano

Frank Tufano

MOTION TO DISQUALIFY AND DEMAND FOR JURY TRIAL - 2