Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| PAUL SALADINO, MD | Case No.: 6:20-cv-09346 |
|---|---|
| Plaintiff, | |
| vs. | SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP LAW |
| FRANK TUFANO | |
| FRANKIES FREE RANGE MEAT LLC | |
| Defendants | |

1. Strategic Lawsuits Against Public Participation (SLAPPs) are lawsuits filed to silence critics by burdening them with the cost and stress of litigation, even if the claims are without merit.

2. Plaintiff filed initial complaint under a trademark claim, however the judgement issued by Judge Nelson Stephen Roman is a clear violation of Frank Tufano's freedom of speech, and the initial filing should have been dismissed under the New York Anti-SLAPP law.

3. The lawsuit was clearly filed by plaintiff to intimidate and silence Frank Tufano on a matter of public concern.

4. Due to malpractice by Frank's legal representatives, any time requirements on filing of this specific motion should be waived.

SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP LAW - 1

**New York Consolidated Laws, Civil Rights Law - CVR § 76-a.**

5. For purposes of this section:

   A. An "action involving public petition and participation" is a claim based upon:

      1. Any communication in a place open to the public or a public forum in connection with an issue of public interest; or

      2. Any other lawful conduct in furtherance of the exercise of the constitutional right of free speech in connection with an issue of public interest, or in furtherance of the exercise of the constitutional right of petition.

   B. "Claim" includes any lawsuit, cause of action, cross-claim, counterclaim, or other judicial pleading or filing requesting relief.

   C. "Communication" shall mean any statement, claim, allegation in a proceeding, decision, protest, writing, argument, contention or other expression.

   D. "Public Interest" shall be construed broadly, and shall mean any subject other than a purely private matter.

6. In an action involving public petition and participation, damages may only be recovered if the plaintiff, in addition to all other necessary elements, shall have established by clear and convincing evidence that any communication which gives rise to the action was made with knowledge of its falsity or with reckless disregard of whether it was false, where the truth or falsity of such communication is material to the cause of action at issue.

SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP LAW - 2

7. Nothing in this section shall be construed to limit any constitutional, statutory or common law protections of defendants to actions involving public petition and participation.

8. Plaintiff has not proven any of Defendant's statements to be false or reckless. All statements made by Defendant, to his knowledge, were his factual truth and opinion of Plaintiffs behavior.

9. Frank Tufano requests the complaint be dismissed, as it is a clear violation of Anit-SLAPP laws, and in Nelson Stephen Romans judgement, has successfully impeded Frank Tufano's first amendment right to freedom of speech, a judgement which should be vacated with the dismissal of this action.

Dated: Monday, August 18, 2025

By:   /s/ Frank Tufano

Frank Tufano

SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP LAW - 3