# LEWIS & LIN LLC

77 SANDS STREET, 6TH FLOOR
BROOKLYN, NY 11201
TEL: (718) 243-9323  FAX: (718) 243-9326
WWW.ILAWCO.COM

PARTNERS
Brett E. Lewis
David D. Lin

SENIOR COUNSEL
Nicole Haff

OF COUNSEL
Eric Belanger
Roberto Ledesma

COUNSEL
Michael D. Cilento
Jane J. Jaang

ASSOCIATES
Anna Iskikian
Blake Mirolla
Savita Sivakumar
Shuyu Wang

Memo Endorsed. *See* Attachment A.

August 22, 2025

**Via ECF**
Honorable Judith C. McCarthy
United States Magistrate Judge, Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

*Paul Saladino, MD v. Frank Tufano & Frankie's Free-Range Meat, LLC*,
Case No. 20-CV-09346 (NSR) (JCM)

Dear Magistrate Judge McCarthy:

I am counsel for Plaintiff in the above-captioned matter and write pursuant to the Court's Minute Entry dated August 13, 2025. After consultation with my client, Plaintiff Dr. Saladino is choosing not to continue pursuing his false and misleading representation claim under 15 U.S.C. § 1125(a). We understand that this means the Inquest Hearing scheduled for September 8, 2025, is no longer necessary. We thank the Court for its attention.

Respectfully submitted,

/s/ David D. Lin
David D. Lin

Copy by U.S. mail to:
Frank Tufano
25 Dundaff St.
Carbondale, PA, 18407.

## ATTACHMENT A

**SO ORDERED:**

In light of Plaintiff's decision not to pursue his claim for damages relating to 15 U.S.C. § 1125(a), the Inquest Hearing scheduled for September 8, 2025 at 2:00 p.m. is canceled. Furthermore, the parties are no longer required to produce additional evidence by August 27, 2025. The Court will issue a Report and Recommendation on damages for the other claims based on the record before it.

The Clerk of Court is respectfully requested to mail a copy of this Memo Endorsement to the *pro se* Defendant Frank Tufano.

_Judith C. McCarthy_     8-22-2025
JUDITH C. McCARTHY
United States Magistrate Judge