USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 28 2025

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-five,

_____

Paul Saladino, MD,

    Plaintiff-Appellee,

v.

Frank Tufano,

    Defendant-Counter-Claimant-Counter-Defendant-Third-Party-Plaintiff-Appellant,

Frankie's Free-Range Meat, LLC,

    Defendant,

v.

Attorney David D. Lin,

    Third-Party-Defendant.

_____

**ORDER**

Docket No. 25-2065

    Appellant Frank Tufano has filed a notice of appeal from a magistrate judge order dated August 21, 2025. The order appears to be non-appealable. See 28 U.S.C. §1291, 1292; 28 U.S.C. § 636(b)(1), (c)(1). Appellant is advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1).

    IT IS HEREBY ORDERED that Appellant Frank Tufano file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due September 10, 2025. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/27/2025