```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2026
```

MEMO ENDORSED

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SALADINO, MD. | Case No.: 6:20-CV-09346 |
| Plaintiff, | |
| vs. | MOTION TO DISMISS OPPOSITION TO MOTION TO STAY |
| FRANK TUFANO | |
| Defendants | |

FRANK TUFANO

    Appellant

vs.

PAUL SALADINO, MD

    Appellee

---

**Memo Endorsement:**

The Court has already ruled on Defendant Tufano's Motion to Stay in its Opinion and Order at ECF No. 121, denying that motion. Accordingly, Mr. Saladino's submission is rendered moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 123.

Dated: February 26, 2026
White Plains, NY

SO ORDERED:
/s/ NELSON S. ROMÁN
United States District Judge

---

1. Attorney for Appelle Paul Saladino MD argument is that the motion was not filed in the lower court, which is incorrect.

2. A motion to stay was filed in the lower district court, as well as many other motions, all of which were denied by the judge. (EXHIBIT A)

3. This denial of those motions is the reason for this appeal being filed.

Dated: Wednesday, February 25, 2025

By:    /s/ Frank Tufano

Frank Tufano

MOTION TO DISMISS OPPOSITION TO MOTION TO STAY - 1

# EXHIBIT A

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD.

    Plaintiff,

vs.

FRANK TUFANO

FRANKIE'S FREE RANGE MEAT LLC

    Defendants

Case No.: 6:20-CV-09346

MOTION TO STAY

1. Frank Tufano requests upon Judge Nelson Stephen Roman to stay the current action determining damages to execute a judgement in the US District Court for Case No. 6:20-CV-09346 pending the appellate review of said order because Defendant's appeal presents serious legal malpractice and court misconduct and absent a stay, Defendant will suffer irreparable injury.

2. In the event the court denies this motion, Defendant requests that the date of compliance with the Courts hearing be extended to allow Defendant to present his stay request to the court of appeals and still have time to comply with the hearing request if necessary. Defendant therefore requests an extension of the hearing to a date two weeks past the date of any order of this court denying Defendant's Motion to Stay or the date of any order of the Court of Appeals denying any Motion for a Stay.

MOTION TO STAY - 1

3. Brief in Support of Motion to Stay (EXHIBIT A) is provided as well as the Second Circuit Case Filing. (EXHIBIT B)

Dated: Wednesday, August 27, 2025

By: <u>/s/ Frank Tufano</u>

Frank Tufano

MOTION TO STAY - 2

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SALADINO, MD.<br><br>　　　Plaintiff,<br><br>vs.<br><br>FRANK TUFANO<br><br>FRANKIE'S FREE RANGE MEAT LLC<br><br>　　　Defendants | Case No.: 6:20-CV-09346<br><br><br>BRIEF IN SUPPORT OF MOTION TO STAY |

1. Because of the blatant and malicious court misconduct and legal malpractice, Frank Tufano believes the court will dismiss the case based on the merits of the actions of all parties in this proceeding.

2. The appeal proves 5 significant acts of court misconduct and legal malpractice, that could each in their own right be grounds for dismissal of the case.

    A. Allowing a business entity with no subject matter to be amended into the lawsuit and judgement granted against it.

    B. Perjury committed by attorneys for Plaintiff in filing a fraudulent affidavit of service for the default that was granted.

    C. Malpractice committed by attorneys for Defendant Frank Tufano, who clearly made no amenable effort to file expected proceedings.

BRIEF IN SUPPORT OF MOTION TO STAY - 1

D. Allowing David. D. Lin Esq. to commit legal malpractice by using affidavits with fraudulent and malicious intent.

E. Allowing David D. Lin Esq. to commit fraud by submitting financial documents from outside entities not named in this lawsuit in an attempt to link them to defendant.

3. These are such blatant and ridiculous acts that anyone can recognize them as incorrect and not adherence to correct court procedures.

4. If the court is allowed to pursue this fraudulent judgement against Frank Tufano, who is already financially poor and in hundreds of thousands of dollars of debt, he could become homeless and destitute. This would cause irreparable harm to Frank Tufano's personal life and those that depend on him for their well-being, including employees and business relationships.

5. Plaintiff is a wealthy individual who was able to expend large amounts of capital to pursue false claims against a defendant who could not financially afford representation that would allow him a fair trial. The Plaintiff has never suffered any legitimate harm as a result of Defendant's actions, and any additional delay in court proceedings would not result in any measurable damages.

6. Frank Tufano is a physically disabled individual who has had multiple amendment rights violated throughout this proceeding. He has not been granted a fair trial by a jury of his peers, despite multiple requests to the court. The judgement has impeded his first amendment right to freedom of speech, claiming that his opinions and factual statements are no longer allowed.

BRIEF IN SUPPORT OF MOTION TO STAY - 2

7. The misconduct by all parties in this case as well as the court has shown the lack of integrity in this justice system and that any member of the general public should show no faith in the justice system in control of our society.

Dated: Wednesday, August 27, 2025

By: <u>/s/ Frank Tufano</u><br>Frank Tufano

BRIEF IN SUPPORT OF MOTION TO STAY - 3