USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD,

                Plaintiff,

  -against-

FRANK TUFANO and
FRANKIE'S FREE-RANGE MEAT, LLC,

                Defendants.

20-cv-9346 (NSR)(JCM)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

In light of the Court's finding of liability and an award of damages, Defendants' "SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP LAW" (ECF No. 102) is DENIED. The Court grants Defendants' motion for leave to appeal in forma pauperis. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 102 and ECF No. 118. The Clerk of the Court is further directed to mail a copy of this Opinion and Order to pro se Defendant Frank Tufano at his address listed on ECF and to show service on the docket.

Dated: March 13, 2026

    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

1