# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-six.

Before:        Sarah A. L. Merriam,
               *Circuit Judge.*

_____

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __4/10/2026____ |

Paul Saladino, MD,

    Plaintiff-Appellee,

  v.

Frank Tufano,

    Defendant-Counter-Claimant-Counter-Defendant-Third-Party-Plaintiff-Appellant.

_____

**ORDER**

Docket No. 26-302

Appellant, pro se, moves for a stay of the district court proceedings pending appeal.

IT IS HEREBY ORDERED that the motion is REFERRED to a motions panel. To the extent Appellant requests an administrative stay pending decision by a panel, that request is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/10/2026