USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PAUL SALADINO, MD,

           *Plaintiff,*

    v.

FRANK TUFANO and
FRANKIE'S FREE-RANGE MEAT, LLC,

           *Defendants.*

Case No. 7:20-cv-09346-NSR-JCM

Hon. Nelson S. Román

**JUDGMENT**

---

WHEREAS this matter having been commenced by Plaintiff Paul Saladino, MD ("Plaintiff"), against the Defendants Frank Tufano and Frankie's Free-Range Meat, LLC (jointly "Defendants"), and

WHEREAS Plaintiff moved for entry of Default and Default Judgment against the Defendants,

WHEREAS the Clerk of Court, having found that Defendants were properly served with the summons and First Amended Complaint in this case and did not 7:20timely respond thereto, issued Certificates of Default as to Defendant Frank Tufano (Dkt. 27) and Defendant Frankie's Free-Range Meat, LLC (Dkt. 24); and

WHEREAS this Court issued an Order of Default as to both Defendants (Dkt. 59), which included permanent injunctive relief,

NOW, upon the foregoing, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff have judgment against Defendants in the amount of: (i) $1.00 in nominal damages; (ii) $52,500 in punitive damages; (iii)

1

$100,000 in statutory damages for violating 15 U.S.C. § 1125(d); (iv) $76,514 in reasonable attorney's fees, and (v) $4,867.55 in costs; and it is further

**ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff Paul Saladino against Defendants for violations of 15 U.S.C. § 1125 and for defamation; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Judgment represents a final adjudication of and is intended to fully and finally resolve all claims and relief asserted or claimed by Plaintiff against Defendants in this action; and it is further

**ORDERED, ADJUDGED AND DECREED** that post-judgment interest shall accrue at the applicable rate pursuant to 28 U.S.C. § 1961.

Dated: May 21, 2026

White Plains, New York

The Clerk of Court is kindly directed to close this case.

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

2