Defendant-Appellant's Emergency Motion to Stay Judgment Pending Appeal is DENIED. A stay pending appeal is an extraordinary remedy. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). The motion largely reasserts arguments previously raised and rejected by the District Court. *See* Order, ECF No. 135 (denying Defendant's motion to stay and motion for relief from judgment). Defendant-Appellant identifies no new facts, evidence, or controlling authority that would warrant the extraordinary relief requested. Accordingly, the motion is DENIED.  The Clerk of Court is respectfully directed to terminate ECF No. 137 and to mail a copy of this Order to Defendant at the address listed on ECF.

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

Dated: June 11, 2026

White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

US COURT OF APPEALS

FOR THE SECOND CIRCUIT

PAUL SALADINO, MD

Plaintiff,

vs.

FRANK TUFANO

FRANKIE'S FREE RANGE MEAT LLC

Defendants

District Court Case No.:7:20-CV-09346

EMERGENCY MOTION TO STAY JUDGEMENT PENDING APPEAL DECISION

MEMO ENDORSED

1. This motion was denied by the lower court on Wednesday, May 27, by Judge Nelson Stephen Roman, who has denied every single filing made by Frank Tufano in the entire 6 year case history. Because of this undeniable bias, Frank Tufano petitions the higher court to consider this Motion to Stay.

2. Frank Tufano files this Motion to Stay in regards to the judgement entered on Thursday, May 21, 2026 in the New York Southern District Court by Judge Nelson Stephen Roman.

3. Frank Tufano, nor his business at the time was never served the original amended complaint, or the original motion for default filed years ago. The court has continually ignored these facts and neither Plaintiff nor the court is able to provide proof that Frank Tufano received these documents at his registered address or actively appointed counsel.

EMERGENCY MOTION TO STAY JUDGEMENT PENDING APPEAL DECISION - 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2026

4. The court has violated Frank Tufano's constitutional rights on numerous occasions and has denied him due process, silencing his freedom of speech with orders that have no legal standing and refusing to grant him his right to a jury trial.

5. Based on the clear misconduct that has occurred in this court, and the continual denial and ignoring of the evidence by the judicial representatives, furthered by fraud committed by Plaintiff counsel, it is reasonable to say that the appellate court, or any unbiased legal entity, will rule in favor of Defendant.

6. Plaintiff had already caused Frank Tufano to shut down his business in New York, had gotten him kicked out of his home, and permanently damaged his lifelong work by copying and plagiarizing his health and nutrition research.

7. This judgement and ruling is just another corrupt overreach by freemason lunatics who believe they are allowed to lie, cheat, and steal, and that no one else is allowed to make a living in their world. There ignoring of this tortious interference is blatant and disgusting proof of their conspiring against Frank Tufano.

8. They have additionally ignored Frank Tufano's recent medical disability and bedridden state, and are now issuing a judgement against someone who lost his business and lives entirely off of disability payments.

9. If Paul Saladino can steal all of Frank Tufano's ideas, ruin his life, then get a court to rule in his favor, this judicial system is beyond healing as a child would make a better ruling of right and wrong.

EMERGENCY MOTION TO STAY JUDGEMENT PENDING APPEAL DECISION - 2

10. Frank Tufano requests that the judgement be stayed until the higher court reviews the case.

Dated: Tuesday, May 26, 2026

By:     /s/ Frank Tufano

Frank Tufano

EMERGENCY MOTION TO STAY JUDGEMENT PENDING APPEAL DECISION - 3

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 7:20-cv-9346                                    Caption [use short title]

Motion for: Stay

Set forth below precise, complete statement of relief sought:

Emergency stay on judgement made against defendant who was never served complaint or default.

MOVING PARTY: Frank Tufano                    OPPOSING PARTY: Paul Saladino

☐ Plaintiff        ☑ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Frank Tufano          OPPOSING ATTORNEY: David Lin

[name of attorney, with firm, address, phone number and e-mail]

Frank Tufano
25 Dundaff ST Carbondale PA
9175992160 frankatufano@gmail

Court- Judge/ Agency appealed from: Nelson Stephen Roman / SDNY

Please check appropriate boxes:                    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):        Has this request for relief been made below?        ☑ Yes ☐ No
☑ Yes  ☐ No (explain): _____        Has this relief been previously sought in this court?    ☐ Yes ☑ No

Requested return date and explanation of emergency: 6/15/26

Stay against fraudulent judgement

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?    ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: 6/10/26  Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL SALADINO, MD

       Plaintiff,

vs.

FRANK TUFANO

FRANKIE'S FREE RANGE MEAT LLC

       Defendants

Case No.:7:20-CV-09346

NOTICE OF APPEAL

1. Frank Tufano files this appeal in regards to the judgement entered on Thursday, May 21, 2026 in the New York Southern District Court by Judge Nelson Stephen Roman.

2. Frank Tufano was not properly served the Proposed Judgement filed by Plaintiff on April 15, 2026

3. Frank Tufano, nor his business at the time was never served the original amended complaint, or the original motion for default filed years ago.

4. The court has violated Frank Tufano's constitutional rights on numerous occasions and has denied him due process.

Dated: Tuesday, May 26, 2026

By:    /s/ Frank Tufano

Frank Tufano

NOTICE OF APPEAL - 1

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Saladino MD

_____

v.

Frank Tufano

CERTIFICATE OF SERVICE*

Docket Number: 7:20-cv-9346

I, __Frank Tufano__, hereby certify under penalty of perjury that
(print name)

on __6/10/26__, I served a copy of _Notice of Appeal,_
(date)

_Motion to Stay, Motion Information Statement_
(list all documents)

by (select all applicable)**

___ Personal Delivery        ✓ United States Mail        ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Lewis+Lin LLC | 77 Sands ST 6th FL | Brooklyn | NY | 11201 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__6/10/26__
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)