S.D.N.Y. – W. P.
20-cv-9346
Román, J.
McCarthy, M.J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 13 2026

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six.

Present:
> Joseph F. Bianco,
> Steven J. Menashi,
> Maria Araújo Kahn,
> > *Circuit Judges*.

_____

Paul Saladino, MD,

> *Plaintiff-Appellee*,

> v.

Frank Tufano,

> *Defendant-Counter-Claimant-Counter Defendant-Third-Party-Plaintiff-Appellant*,

Frankie's Free-Range Meat, LLC,

> *Defendant*,

> v.

Attorney David D. Lin,

> *Third-Party Defendant*.

26-302 (L),
26-1487 (Con)

_____

Appellant, pro se, moves to stay the district court judgment underlying these consolidated appeals. Upon due consideration, it is hereby ORDERED that the motion is DENIED.

CERTIFIED COPY ISSUED ON 08/12/2026

*See Nken v. Holder*, 556 U.S. 418, 434–35 (2009). The appeals will continue in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2