MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/24/2026

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six,

---

Paul Saladino, MD,

Plaintiff-Appellee,

v.

Frank Tufano,

Defendant-Counter-Claimant-Counter-Defendant-Third-Party-Plaintiff-Appellant,

Frankie's Free-Range Meat, LLC,

Defendant,

v.

Attorney David D. Lin,

Third-Party-Defendant..

---

**ORDER**
Docket No. 26-1487

A notice of appeal was filed on May 28, 2026. The Appellant's Form D-P due June 11, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

MANDATE ISSUED ON 09/24/2026

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 20, 2026, if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit